**KESSLER TOPAZ
  MELTZER & CHECK, LLP**
JENNIFER L. JOOST (Bar No. 296164)
  jjoost@ktmc.com
One Sansome Street, Suite 1850
San Francisco, CA 94101
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

*Counsel for Dr. Thomas E. Tweito and
Proposed Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| MICHAEL J. BUTALA, Individually and on Behalf of All Others Similarly Situated, | No. 2:21-cv-09016 FLA (JEMx) |
| Plaintiff, | CLASS ACTION |
| v. | **NOTICE OF MOTION AND MOTION OF DR. THOMAS E. TWEITO FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL** |
| OWLET, INC. f/k/a SANDBRIDGE ACQUISITION CORPORATION, KURT WORKMAN, KATE SCOLNICK, KEN SUSLOW, DOMENICO DE SOLE, RAMEZ TOUBASSY, JAMIE WEINSTEIN, KRYSTAL KAHLER, and MICHAEL F. GOSS, | Date:        February 18, 2022 |
| | Time:        1:30 p.m. |
| | Courtroom:   6B |
| Defendants. | Judge:        Hon. Fernando L. Aenlle-Rocha |

[*Caption continues on next page.*]

NOTICE OF MOTION AND MOTION OF DR. THOMAS E. TWEITO FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL
CASE NOS.: 2:21-CV-09016 FLA (JEMX), *ET AL.*

| | |
|---|---|
| JONES CHERIAN, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>        v.<br><br>OWLET, INC. f/k/a SANDBRIDGE ACQUISITION CORPORATION, KURT WORKMAN, KATE SCOLNICK, KEN SUSLOW, DOMENICO DE SOLE, RAMEZ TOUBASSY, JAMIE WEINSTEIN, KRYSTAL KAHLER, and MICHAEL F. GOSS,<br><br>        Defendants. | No. 2:21-cv-09293 RGK (AGRx) |

NOTICE OF MOTION AND MOTION OF DR. THOMAS E. TWEITO FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL
CASE NOS.: 2:21-CV-09016 FLA (JEMx), *ET AL.*

## NOTICE OF MOTION AND MOTION

PLEASE TAKE NOTICE that on or about February 18, 2022, at 1:30 p.m., before the Honorable Fernando L. Aenlle-Rocha, at the United States District Court for the Central District of California, located at Courtroom 6B of the First Street U.S. Courthouse, 350 West 1st Street, Los Angeles, California, Lead Plaintiff Movant Dr. Thomas E. Tweito will respectfully move this Court for entry of an Order: (1) consolidating the above-captioned related actions pursuant to Federal Rule of Civil Procedure 42(a); (2) appointing Dr. Tweito as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B); (3) approving Dr. Tweito's selection of Kessler Topaz Meltzer & Check, LLP ("Kessler Topaz") to serve as Lead Counsel for the class; and (4) granting any such further relief as the Court may deem just and proper.[1]

This Motion is made on the grounds that Dr. Tweito timely filed this Motion and is the "most adequate plaintiff" under the PSLRA. Specifically, Dr. Tweito believes that he has the "largest financial interest" in the relief sought by the class in this litigation and also satisfies the applicable requirements of Federal Rule of Civil Procedure 23 because his claims are typical of other class members' claims and because he will fairly and adequately represent the interests of the class.

The Motion is made based upon the Memorandum of Points and Authorities in Support thereof filed herewith, the Declaration of Jennifer L. Joost and exhibits thereto filed herewith, the pleadings and other filings in this litigation, and such other written

---

[1] This Motion has been filed pursuant to Section 21D(a)(3)(B) of the Exchange Act, as amended by the PSLRA. Section 21D(a)(3)(B) provides that within sixty days after publication of the required notice, any member of the proposed class may apply to the Court to be appointed as lead plaintiff, whether or not that proposed class member has previously filed a complaint in the underlying action. Consequently, counsel for Dr. Tweito cannot determine who the competing lead plaintiff candidates are at this time. As a result, counsel for Dr. Tweito has been unable to confer with opposing counsel as prescribed in Local Rule 7-3, and respectfully requests that the conference requirement of Local Rule 7-3 be waived for this Motion.

NOTICE OF MOTION AND MOTION OF DR. THOMAS E. TWEITO FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL
CASE NOS.: 2:21-CV-09016 FLA (JEMx), *ET AL.*

1

or oral argument as may be permitted by the Court.  Dr. Tweito respectfully requests oral argument.

WHEREFORE, Dr. Tweito respectfully requests that the Court enter an order: (1) consolidating the above-captioned related actions; (2) appointing Dr. Tweito as Lead Plaintiff pursuant to the PSLRA; (3) approving Dr. Tweito's selection of Kessler Topaz as Lead Counsel for the class; and (4) granting such further relief as the Court may deem just and proper.

Dated: January 18, 2022

Respectfully submitted,

**KESSLER TOPAZ
  MELTZER & CHECK, LLP**

/s/ Jennifer L. Joost
JENNIFER L. JOOST (Bar No. 296164)
  jjoost@ktmc.com
One Sansome Street, Suite 1850
San Francisco, CA 94101
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

*Counsel for Dr. Thomas E. Tweito and
Proposed Lead Counsel for the Class*

**THE SCHALL LAW FIRM**
BRIAN J. SCHALL (Bar No. 290685)
  brian@schallfirm.com
1880 Century Park E, Suite 404
Los Angeles, CA 90067-1604
Telephone: (310) 301-3335
Facsimile: (310) 388-0192

*Additional Counsel*

NOTICE OF MOTION AND MOTION OF DR. THOMAS E. TWEITO FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL
CASE NOS.: 2:21-CV-09016 FLA (JEMX), *ET AL.*

2