**KESSLER TOPAZ**
  **MELTZER & CHECK, LLP**
JENNIFER L. JOOST (Bar No. 296164)
  jjoost@ktmc.com
One Sansome Street, Suite 1850
San Francisco, CA 94101
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

*Counsel for Dr. Thomas E. Tweito and*
*Proposed Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| MICHAEL J. BUTALA, Individually and on Behalf of All Others Similarly Situated, | No. 2:21-cv-09016 FLA (JEMx) |
| Plaintiff, | CLASS ACTION |
| v. | **DECLARATION OF JENNIFER L. JOOST IN SUPPORT OF THE MOTION OF DR. THOMAS E. TWEITO FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL** |
| OWLET, INC. f/k/a SANDBRIDGE ACQUISITION CORPORATION, KURT WORKMAN, KATE SCOLNICK, KEN SUSLOW, DOMENICO DE SOLE, RAMEZ TOUBASSY, JAMIE WEINSTEIN, KRYSTAL KAHLER, and MICHAEL F. GOSS, | Date:      February 18, 2022 Time:      1:30 p.m. Courtroom: 6B Judge:     Hon. Fernando L. Aenlle-Rocha |
| Defendants. | |

[*Caption continues on next page.*]

DECLARATION OF JENNIFER L. JOOST IN SUPPORT OF THE MOTION OF DR. THOMAS E. TWEITO FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL
CASE NOS.: 2:21-CV-09016 FLA (JEMX), *ET AL.*

| | |
|---|---|
| JONES CHERIAN, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>        v.<br><br>OWLET, INC. f/k/a SANDBRIDGE ACQUISITION CORPORATION, KURT WORKMAN, KATE SCOLNICK, KEN SUSLOW, DOMENICO DE SOLE, RAMEZ TOUBASSY, JAMIE WEINSTEIN, KRYSTAL KAHLER, and MICHAEL F. GOSS,<br><br>        Defendants. | No. 2:21-cv-09293 RGK (AGRx) |

DECLARATION OF JENNIFER L. JOOST IN SUPPORT OF THE MOTION OF DR. THOMAS E. TWEITO FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL
CASE NOS.: 2:21-CV-09016 FLA (JEMx), *ET AL.*

I, Jennifer L. Joost, declare as follows:

1.      I am a member in good standing of the bar of the State of California and of this Court.  I am a partner at the law firm Kessler Topaz Meltzer & Check, LLP.  I submit this Declaration in support of the motion filed by Dr. Thomas E. Tweito for consolidation of related actions, appointment as Lead Plaintiff, and approval of his selection of Kessler Topaz Meltzer & Check, LLP to serve as Lead Counsel for the class.  Unless otherwise indicated, I have personal knowledge of the facts stated in this Declaration, and if called upon to do so, could and would competently testify thereto.

2.      Attached hereto are true and correct copies of the following exhibits:

Exhibit A:   Sworn certification pursuant to the Private Securities Litigation Reform Act of 1995;

Exhibit B:   Chart of transactions and losses in Owlet, Inc. securities during the Class Period;

Exhibit C:   Declaration of Dr. Thomas E. Tweito;

Exhibit D:   Notice of the pendency of *Butala v. Owlet, Inc., et al.*, No. 2:21-cv-09016 FLA (JEMx) (C.D. Cal.), published on November 17, 2021, in *Business Wire*; and

Exhibit E:   Firm résumé of Kessler Topaz Meltzer & Check, LLP.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed: January 18, 2022, at San Francisco, California.

/s/ Jennifer L. Joost
JENNIFER L. JOOST

DECLARATION OF JENNIFER L. JOOST IN SUPPORT OF THE MOTION OF DR. THOMAS E. TWEITO FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL
CASE NOS.: 2:21-CV-09016 FLA (JEMX), *ET AL.*

1