# EXHIBIT B

|  |  |  |  |  |  |  | *Total LIFO Loss:* | ($8,717.09) |

**Dr. Thomas E. Tweito**
**Account #1**
**LIFO Losses in Owlet, Inc. f/k/a Sandbridge Acquisition Corp.**
Class Period: 3/31/2021 - 10/4/2021
Retained Shares Valued At          $3.79

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 7/27/2021 | 400 | $9.37 | $3,748.00 | Retained Shares |  | 600 | $3.79 | $2,272.29 |
| Purchase | 8/12/2021 | 200 | $10.06 | $2,011.80 |  |  |  |  |  |
|  |  | 600 |  | $5,759.80 |  |  | 600 |  | $2,272.29 |

|  |  |  |  |  |  |  | *LIFO loss:* | ($3,487.51) |

**Dr. Thomas E. Tweito**
**Account #2**
**LIFO Losses in Owlet, Inc. f/k/a Sandbridge Acquisition Corp.**
Class Period: 3/31/2021 - 10/4/2021
Retained Shares Valued At          $3.79

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 7/27/2021 | 397 | $9.39 | $3,727.83 | Retained Shares |  | 900 | $3.79 | $3,408.43 |
| Purchase | 7/27/2021 | 203 | $9.38 | $1,904.14 |  |  |  |  |  |
| Purchase | 8/12/2021 | 300 | $10.02 | $3,006.03 |  |  |  |  |  |
|  |  | 900 |  | $8,638.00 |  |  | 900 |  | $3,408.43 |

|  |  |  |  |  |  |  | *LIFO loss:* | ($5,229.57) |

Exhibit B
Page 5