# EXHIBIT C

Exhibit C
Page 6

### DECLARATION OF DR. THOMAS E. TWEITO

I, Dr. Thomas E. Tweito, pursuant to 28 U.S.C. § 1746, declare as follows:

1.    I respectfully submit this Declaration in support of my Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel in the class action litigation pending against Owlet, Inc. f/k/a Sandbridge Acquisition Corp. ("Owlet" or the "Company").  I have personal knowledge of the facts set forth herein and, if required, could and would competently testify thereto.

2.    I am a resident of Kansas.  Prior to my retirement in 2017, I was a dentist.  I received my Doctor of Dental Surgery degree from the University of Missouri-Kansas City.  I have been investing in the stock market for over 40 years.

3.    As set forth in my motion for appointment as Lead Plaintiff, I suffered substantial losses as a result of my investments in Owlet securities during the Class Period.  I personally made the investment decisions in connection with each of these transactions and transacted them myself through TD Ameritrade.

4.    I am familiar with the facts and circumstances relating to the pending class action lawsuit involving Owlet.  After reviewing a press release concerning the lawsuit filed against Owlet, I contacted and discussed the pending litigation with The Schall Law Firm ("Schall").  Prior to retaining Kessler Topaz Meltzer & Check, LLP ("Kessler Topaz") and Schall, and filing my motion, I had multiple discussions with attorneys from Kessler Topaz and/or Schall, including via telephone and email, regarding the litigation against Owlet, the possibility of serving as a lead plaintiff on behalf of other Owlet investors, and the duties and responsibilities that I would assume if appointed as lead plaintiff under the Private Securities Litigation Reform Act of 1995 ("PSLRA").

Exhibit C

Page 7

5.      I was informed and understand that I am under no obligation to seek appointment as lead plaintiff or to retain Kessler Topaz and Schall, or any other firm, to represent me in this litigation.  I am aware that I am free to select any qualified law firm to act as my counsel in this case, and that multiple law firms have issued press releases concerning this action.

6.      After being advised of Kessler Topaz's and Schall's experience representing investors in securities fraud class action lawsuits, I affirmatively decided to retain Kessler Topaz and Schall to file a motion on my behalf seeking appointment as lead plaintiff.  In connection with my decision, I provided counsel with information regarding all of my Class Period transactions in Owlet securities.  I understand the responsibilities and obligations with which a lead plaintiff is charged under the PSLRA, which include acting as a fiduciary for all class members, staying informed about the litigation, and overseeing lead counsel.  I accept these responsibilities and am willing to oversee the vigorous prosecution of this litigation in order to maximize the class's recovery and I have authorized Kessler Topaz to seek appointment as lead counsel.

7.      I will remain involved in this litigation after the filing of my motion, including having discussions with attorneys from Kessler Topaz and Schall regarding my motion and the competing motions, if any, filed by other movants.  Based on the significance of my losses, I am highly motivated, through my oversight of my chosen counsel, to recover the maximum amount possible for my fellow investors.

8.      I understand the obligations of a lead plaintiff under the PSLRA, including participating in depositions, settlement mediations, and hearings as needed.  I also understand and accept my responsibility to communicating regularly with counsel regarding the litigation, including reviewing and authorizing the filing of important litigation documents.  I hereby reaffirm my commitment to satisfying these obligations and obtaining the greatest possible recovery for the

Exhibit C
Page 8

class. I also understand that a lead plaintiff is required to direct counsel, which I am prepared to do throughout this litigation.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements relating to me are true and correct to the best of my knowledge.

Executed: _____1/17/2022_____            _____ *Dr. Thomas E. Tweito* _____
                                              Dr. Thomas E. Tweito

Exhibit C
Page 9