UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. BUTALA, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:21-cv-09016-FLA-JEM |
| Plaintiff, | CLASS ACTION |
| vs. | [PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS, APPOINTING LEAD PLAINTIFF, AND APPROVING LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL |
| OWLET, INC. f/k/a SANDBRIDGE ACQUISITION CORPORATION, et al., | |
| Defendants. | |

4892-7679-4378.v1

Having considered Christopher J. Simmons's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel (the "Motion") and good cause appearing therefor, the Court ORDERS as follows:

1.    The Motion is GRANTED;

2.    Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, *Butala v. Owlet, Inc.*, No. 2:21-cv-09016 and *Cherian v. Owlet, Inc.*, No. 2:21-cv-09293 are consolidated as:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| IN RE OWLET, INC. SECURITIES LITIGATION | ) Master File No. 2:21-cv-09016 |
| | ) |
| | ) CLASS ACTION |
| | ) |
| This Document Relates To: | ) |
| ALL ACTIONS. | ) |
| | ) |

(a)    The file in Case No. 2:21-cv-09016 shall constitute the master file for every action in the consolidated action.  The Clerk shall administratively close the other action.  When a document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:".  When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:" the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action;

(b)    All securities class actions relating to the same or substantially similar alleged wrongdoing by defendants on behalf of the same or substantially similar putative class that is subsequently filed in, or transferred to, this District shall be consolidated into this action.  This Order shall apply to every such action, absent an order of the Court.  A party objecting to such consolidation, or to any other provisions

- 1 -

4892-7679-4378.v1

of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action; and

          (c)    This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown;

    3.    Mr. Simmons is appointed as Lead Plaintiff pursuant to 15 U.S.C. §78u-4(a)(3)(B)(iii); and

    4.    Robbins Geller Rudman & Dowd LLP is approved as Lead Counsel for the class pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v).

IT IS SO ORDERED.

DATED: _____    _____

               THE HONORABLE FERNANDO L. AENLLE-ROCHA
               UNITED STATES DISTRICT JUDGE

- 2 -

4892-7679-4378.v1