ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS (259916)
JENNIFER N. CARINGAL (286197)
MICHAEL ALBERT (301120)
JUAN CARLOS SANCHEZ (301834)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
jcaringal@rgrdlaw.com
malbert@rgrdlaw.com
jsanchez@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. BUTALA, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> OWLET, INC. f/k/a SANDBRIDGE ACQUISITION CORPORATION, et al., <br><br> Defendants. | Case No. 2:21-cv-09016-FLA-JEM <br><br> <u>CLASS ACTION</u> <br><br> DECLARATION OF MICHAEL ALBERT IN SUPPORT OF MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL <br><br> DATE:    March 4, 2022 <br> TIME:    1:30 p.m. <br> CTRM:    6B <br> JUDGE:   Hon. Fernando L. Aenlle-Rocha |

4894-2713-3962.v1

I, MICHAEL ALBERT, declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts of the State of California and this Court.  I am a member of Robbins Geller Rudman & Dowd LLP, counsel for Christopher J. Simmons and proposed lead counsel for the class in the above-captioned action.  I make this declaration in support of Mr. Simmons's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:   Notice of pendency of first-filed class action published in *Business Wire*, a widely circulated national business-oriented publication or wire service, on November 17, 2021;

Exhibit B:   Mr. Simmons's Certification;

Exhibit C:   Mr. Simmons's estimated losses, prepared by counsel; and

Exhibit D:   Declaration of Christopher J. Simmons.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of January, 2022.

s/ Michael Albert<br>MICHAEL ALBERT

- 1 -

4894-2713-3962.v1

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on January 18, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Michael Albert
MICHAEL ALBERT

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  malbert@rgrdlaw.com

4894-2713-3962.v1

# Mailing Information for a Case 2:21-cv-09016-FLA-JEM Michael J. Butala v. Owlet, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennifer L Joost**
  jjoost@ktmc.com,1759490420@filings.docketbird.com

- **Charles Henry Linehan**
  clinehan@glancylaw.com,charles-linehan-8383@ecf.pacerpro.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,CLinehan@glancylaw.com,info@glancylaw.com,robert-prongay-0232@ecf.pacerpro.com

- **Pavithra Rajesh**
  prajesh@glancylaw.com,info@glancylaw.com,pavithra-rajesh-9402@ecf.pacerpro.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)