Case 2:21-cv-09016-FLA-SSC   Document 15-3   Filed 01/18/22   Page 1 of 2   Page ID #:176

# EXHIBIT C

Exhibit C
007

| Name | Date | Warrants Acquired | Price | Total Cost | Date | Warrants Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **Christopher J. Simmons** | 09/28/2021 | 100 | $0.94 | $94.00 | held | 20,000 | $0.55 | $10,939.10 | |
| | 09/28/2021 | 100 | $0.97 | $96.99 | | | | | |
| | 09/28/2021 | 100 | $0.97 | $97.00 | | | | | |
| | 09/28/2021 | 100 | $0.97 | $97.00 | | | | | |
| | 09/28/2021 | 100 | $0.97 | $97.00 | | | | | |
| | 09/28/2021 | 100 | $0.98 | $98.00 | | | | | |
| | 09/28/2021 | 100 | $0.99 | $98.99 | | | | | |
| | 09/28/2021 | 100 | $0.99 | $98.99 | | | | | |
| | 09/28/2021 | 100 | $0.99 | $99.00 | | | | | |
| | 09/28/2021 | 100 | $0.99 | $99.00 | | | | | |
| | 09/28/2021 | 100 | $0.99 | $99.00 | | | | | |
| | 09/28/2021 | 200 | $0.98 | $196.00 | | | | | |
| | 09/28/2021 | 300 | $0.97 | $291.00 | | | | | |
| | 09/28/2021 | 300 | $0.97 | $291.00 | | | | | |
| | 09/28/2021 | 398 | $0.97 | $385.98 | | | | | |
| | 09/28/2021 | 400 | $0.97 | $388.00 | | | | | |
| | 09/28/2021 | 400 | $0.99 | $395.96 | | | | | |
| | 09/28/2021 | 407 | $0.99 | $402.93 | | | | | |
| | 09/28/2021 | 407 | $0.99 | $402.93 | | | | | |
| | 09/28/2021 | 488 | $0.99 | $483.12 | | | | | |
| | 09/28/2021 | 600 | $0.97 | $582.00 | | | | | |
| | 09/28/2021 | 600 | $0.98 | $588.00 | | | | | |
| | 09/28/2021 | 700 | $0.98 | $686.00 | | | | | |
| | 09/28/2021 | 900 | $0.98 | $882.00 | | | | | |
| | 09/28/2021 | 1,000 | $0.97 | $970.00 | | | | | |
| | 09/28/2021 | 1,000 | $0.97 | $970.00 | | | | | |
| | 09/28/2021 | 1,000 | $0.98 | $980.00 | | | | | |
| | 09/28/2021 | 1,500 | $0.94 | $1,410.00 | | | | | |
| | 09/28/2021 | 2,400 | $0.97 | $2,328.00 | | | | | |
| | 09/28/2021 | 2,700 | $0.99 | $2,673.00 | | | | | |
| | 09/28/2021 | 3,200 | $0.99 | $3,167.68 | | | | | |
| **Movant's Total** | | **20,000** | | **$19,548.57** | | **20,000** | | **$10,939.10** | **($8,609.47)** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period. The price used is $0.55 as of December 31, 2021 for warrants.

Prices listed are rounded to two decimal places.

Exhibit C
008