UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. BUTALA, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>        v.<br><br><br>OWLET, INC. F/K/A SANDBRIDGE ACQUISITION CORPORATION, KURT WORKMAN, KATE SCOLNICK, KEN SUSLOW, DOMENICO DE SOLE, RAMEZ TOUBASSY, JAMIE WEINSTEIN, KRYSTAL KAHLER, AND MICHAEL F. GOSS,<br><br>                    Defendants. | Case No. 2:21-cv-09016-FLA-JEM<br><br>**[PROPOSED] ORDER GRANTING** MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL |

[Caption Continued On Next Page]

{00477883;2 }        1

| | |
|---|---|
| JONES CHERIAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>OWLET, INC. f/k/a SANDBRIDGE ACQUISITION CORPORATION, KURT WORKMAN, KATE SCOLNICK, KEN SUSLOW, DOMENICO DE SOLE, RAMEZ TOUBASSY, JAMIE WEINSTEIN, KRYSTAL KAHLER, and MICHAEL F. GOSS,<br><br>Defendants. | Case No. 2:21-cv-09293-RGK-AGR |

On January 18, 2022, Movant Drew Conant ("Conant") filed a motion, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, and Federal Rule of Civil Procedure 42, for the entry of an Order:  (1) consolidating the above-captioned related actions (the "Related Actions"); (2) appointing Conant as Lead Plaintiff on behalf of persons or entities who (a) purchased or otherwise acquired Owlet, Inc. f/k/a Sandbridge Acquisition Corporation ("Sandbridge") securities between March 31, 2021 and October 4, 2021, inclusive; and/or (b) held Sandbridge common stock held as of June 1, 2021 and were eligible to vote at Sandbridge's special meeting on July 14, 2021 (the "Class"); and (3) approving Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the Class.

The court, having considered Conant's motion and finding good cause therefor, hereby GRANTS the motion and ORDERS as follows:

1. the Related Actions are hereby consolidated;

{00477883;2 }        2

2. Conant is appointed as Lead Plaintiff for the Class; and

3. Pomerantz is appointed as Lead Counsel for the Class.


IT IS SO ORDERED.


Dated: _____

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

{00477883;2 }          3