POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Attorney for Movant Drew Conant*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. BUTALA, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> OWLET, INC. f/k/a SANDBRIDGE ACQUISITION CORPORATION, KURT WORKMAN, KATE SCOLNICK, KEN SUSLOW, DOMENICO DE SOLE, RAMEZ TOUBASSY, JAMIE WEINSTEIN, KRYSTAL KAHLER, and MICHAEL F. GOSS, <br><br> Defendants. <br><br> [Caption Continued On Next Page] | Case No. 2:21-cv-09016-FLA-JEM <br><br> DECLARATION OF JENNIFER PAFITI IN SUPPORT OF MOTION OF DREW CONANT FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL <br><br> DATE:  February 28, 2022 <br> TIME:  1:30 p.m. <br> JUDGE:  Fernando L. Aenlle-Rocha <br> CTRM:  6B, 6th Floor |

DECLARATION

JONES CHERIAN, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

OWLET, INC. f/k/a SANDBRIDGE ACQUISITION CORPORATION, KURT WORKMAN, KATE SCOLNICK, KEN SUSLOW, DOMENICO DE SOLE, RAMEZ TOUBASSY, JAMIE WEINSTEIN, KRYSTAL KAHLER, and MICHAEL F. GOSS,

Defendants.

Case No. 2:21-cv-09293-RGK-AGR

MEMORANDUM OF POINTS AND AUTHORITIES

I, Jennifer Pafiti, hereby declare as follows:

1. I am a partner with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Drew Conant ("Conant"), and have personal knowledge of the facts set forth herein. I make this Declaration in support of the motion by Conant for consolidation of the above-captioned related actions (the "Related Actions"), appointment as Lead Plaintiff for the Class, and approval of his selection of Pomerantz as Lead Counsel for the Class.

2. Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:   Chart reflecting the financial interest of Conant in this litigation;

Exhibit B:   Notice of pendency of the first-filed of the Related Actions;

Exhibit C:   Shareholder Certification executed by Conant;

Exhibit D:   Declaration executed by Conant; and

Exhibit E:   Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on January 18, 2022, at Calabasas, California.

*/s/ Jennifer Pafiti*
Jennifer Pafiti

DECLARATION
1

CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

*/s/ Jennifer Pafiti*
Jennifer Pafiti