# Exhibit A

**Owlet, Inc. (OWLT) (f/k/a Sandbridge Acquisition Corporation)**
**Class Period: March 31, 2021 to October 4, 2021**
**(a) that purchased or otherwise acquired Owlet, Inc. f/k/a Sandbridge Acquisition Corporation ("Owlet" or the "Company") securities during the Class Peri**
**(b) held Sandbridge common stock held as of June 1, 2021 and were eligible to vote at Sandbridge's special meeting on July 14, 2021.**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | 6/1/2021 Shares Retained |
|---|---|---|---|---|---|---|---|---|---|
| Conant, Drew | 2/24/2021 | 1.352 | $10.8650 | ($15) | | | | | |
| Conant, Drew | 2/24/2021 | 200 | $10.8900 | ($2,178) | | | | | |
| Conant, Drew | 2/24/2021 | 400 | $10.8800 | ($4,352) | | | | | |
| Conant, Drew | 2/24/2021 | 317 | $10.9000 | ($3,455) | | | | | |
| **Conant, Drew** | | **918.352** | | **($10,000)** | | | | | **918.352** |