# EXHIBIT C

## Financial Interest Analysis

**Company Name:**     Owlet, Inc.
**Ticker:**     OWLT
**Class Period:**     March 31, 2021 to October 4, 2021
**Name:**     Casey McIntosh

| Date | Shares | Price Acquired[1] | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 7/16/2021 | 106,306 | $8.9500 | -$951,438.7000 | | $0.0000 | -$951,438.70 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **106,306** | | | | **Subtotal:** | **-$951,438.70** |
| | | **90-Day Average Price[2]** | **Shares Retained** | **90-Day Average:** | $402,596.01 |
| | | $3.7871 | 106,306 | **Total:** | **-$548,842.69** |

Notes

[1]On July 16, 2021, 106,306 shares of Owlet, Inc. (OWLT) were acquired from 51,776 private shares of Owlet Baby Care, Inc. pursuant to the Business Combination. The Acquisition Price used in this loss chart is the opening price on July 16, 2021, following the Business Combination.

[2]The 90-Day Average Price used in this loss chart is the average closing price between October 4, 2021 and December 31, 2021.