UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. BUTALA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>OWLET, INC. f/k/a SANDBRIDGE ACQUISITION CORPORATION, KURT WORKMAN, KATE SCOLNICK, KEN SUSLOW, DOMENICO DE SOLE, RAMEZ TOUBASSY, JAMIE WEINSTEIN, KRYSTAL KAHLER, and MICHAEL F. GOSS,<br><br>Defendants. | Case No. 2:21-cv-09016-FLA-JEM<br><br>**[PROPOSED] ORDER GRANTING MOTION OF CASEY MCINTOSH FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL [DKT. 21]** |
| JONES CHERIAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>OWLET, INC. F/K/A SANDBRIDGE ACQUISITION CORPORATION, KURT WORKMAN, KATE SCOLNICK, KEN SUSLOW, DOMENICO DE SOLE, RAMEZ TOUBASSY, JAMIE WEINSTEIN, KRYSTAL KAHLER, AND MICHAEL F. GOSS,<br><br>Defendants. | Case No. 2:21-cv-09016-FLA-JEM |

1

On January 18, 2022, Casey McIntosh ("McIntosh") filed a Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Counsel (Dkt. 21, the "Motion").

In the Motion, McIntosh requested (i) consolidation the above-captioned actions; (ii) appointment of McIntosh as Lead Plaintiff; and (iii) approval of McIntosh's selection of Glancy Prongay & Murray LLP as Lead Counsel. On the same day, January 18, 2022, three other movants filed competing motions requesting consolidation, appointment as lead plaintiff, and approval of their respective selections of counsel (Dkts. 10, 13, 17).

The court, having considered McIntosh's Motion and finding good cause therefor, hereby GRANTS the Motion and ORDERS as follows:

1. The above-captioned actions are consolidated pursuant to Federal Rule of Civil Procedure 42(a) as *In re Owlet, Inc. Securities Litigation*, Master File No. 2:21-cv-09016-FLA-JEM;

2. The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), appoints Casey McIntosh as Lead Plaintiff;

3. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court approves Glancy Prongay & Murray LLP as Lead Counsel for the class; and

4. The competing motions (Dkts. 10, 13, 17) are DENIED.

IT IS SO ORDERED.

Dated: February 25, 2022

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

2