ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS (259916)
JENNIFER N. CARINGAL (286197)
MICHAEL ALBERT (301120)
JUAN CARLOS SANCHEZ (301834)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
jcaringal@rgrdlaw.com
malbert@rgrdlaw.com
jsanchez@rgrdlaw.com

[Proposed] Lead Counsel for [Proposed] Lead Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. BUTALA, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> OWLET, INC. f/k/a SANDBRIDGE ACQUISITION CORPORATION, et al., <br><br> Defendants. | Case No. 2:21-cv-09016-FLA(JEMx) <br><br> <u>CLASS ACTION</u> <br><br> CHRISTOPHER J. SIMMONS' REPLY IN FURTHER SUPPORT OF LEAD PLAINTIFF MOTION <br><br> DATE     March 18, 2022 <br> TIME:     1:30 p.m. <br> CTRM:    6B <br> JUDGE:   Hon. Fernando L. Aenlle-Rocha |

4875-3453-9538.v1

On February 25, 2022, Christopher J. Simmons and the three other lead plaintiff movants (Casey McIntosh, Dr. Thomas E. Twito, and Drew Conant) timely filed responses to the competing lead plaintiff motions. *See* ECF Nos. 37, 40, 45, 46. The Private Securities Litigation Reform Act of 1995 ("PSLRA") provides that the court "shall appoint as lead plaintiff the member or members of the purported plaintiff class that the court determines to be most capable of adequately representing the interests of class members." 15 U.S.C. §78u- 4(a)(3)(B)(i). The "'most capable' plaintiff – and hence the lead plaintiff – is the one who has the greatest financial stake in the outcome of the case, so long as he meets the requirements of [Federal Rule of Civil Procedure] 23." *In re Cavanaugh*, 306 F.3d 726, 729 (9th Cir. 2002) (citation omitted).

None of the competing movants have questioned Mr. Simmons' ability to meet the typicality or adequacy requirements of Rule 23. Indeed, Mr. Simmons' lead plaintiff motion is only opposed on the basis of his financial interest being smaller than that of Mr. McIntosh (who, as set forth in Mr. Simmons' opposition, is unable to satisfy the Rule 23 requirements and is subject to multiple independently-disqualifying unique defenses (*see* ECF No. 37) and Dr. Tweito (whose loss is just 1.2% greater than that of Mr. Simmons):

| Movant | Claimed Loss |
|---|---|
| ~~Casey McIntosh~~ | ~~$548,842.69~~ |
| Dr. Tweito | $8,717.08 |
| Mr. Simmons | $8,609.47 |
| Mr. Conant | (no loss claimed)[1] |

---

[1]    Mr. Simmons' opposition brief inadvertently indicated Mr. Conant's claimed financial interest as $918.35 (*see* ECF No. 27 at 1, 6 n.5) when that figure actually represents the amount of Sandbridge shares he held as of June 1, 2021. *See* ECF No. 18 at 2; ECF No. 40 at 2. To give the Court an apples-to-apples comparison, Mr. Conant's financial interest can be quantified as *$5,335* by applying the loss allegations contained in both the complaint and in Mr. Conant's lead plaintiff papers. *See* ECF No. 1 at ¶6 ("Sandbridge investors who could have voted against the Business Combination and redeemed their shares at $10.00 per share suffered a loss of $5.81 per share.").

- 1 -

*See* ECF Nos. 10, 13, 17, 21.

Given Mr. Simmons' undisputed ability to satisfy Rule 23's requirements and the significant losses he suffered on his investment in Owlet warrants – which losses are roughly equal to those of Dr. Tweito – Mr. Simmons is ready, willing, and able to serve in a representative capacity to further the best interests of the putative class.

DATED:  March 4, 2022

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
JENNIFER N. CARINGAL
MICHAEL ALBERT
JUAN CARLOS SANCHEZ

s/ Michael Albert
MICHAEL ALBERT

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
jcaringal@rgrdlaw.com
malbert@rgrdlaw.com
isanchez@rgrdlaw.com

[Proposed] Lead Counsel for [Proposed]
Lead Plaintiff

- 2 -

4875-3453-9538.v1

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on March 4, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Michael Albert
MICHAEL ALBERT

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

Email: malbert@rgrdlaw.com

4875-3453-9538.v1

# Mailing Information for a Case 2:21-cv-09016-FLA-JEM Michael J. Butala v. Owlet, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael Albert**
  malbert@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Meryn C N Grant**
  meryn.grant@lw.com,meryn-grant-0298@ecf.pacerpro.com

- **Michele D Johnson**
  michele.johnson@lw.com,michele-johnson-7426@ecf.pacerpro.com,#ocecf@lw.com,jana.roach@lw.com

- **Jennifer L Joost**
  jjoost@ktmc.com,1759490420@filings.docketbird.com

- **Charles Henry Linehan**
  clinehan@glancylaw.com,charles-linehan-8383@ecf.pacerpro.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,ahood@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com,jalieberman@pomlaw.com,lobas@pomlaw.com,abarbosa@pomlaw.co

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,CLinehan@glancylaw.com,info@glancylaw.com,robert-prongay-0232@ecf.pacerpro.com

- **Pavithra Rajesh**
  prajesh@glancylaw.com,info@glancylaw.com,pavithra-rajesh-9402@ecf.pacerpro.com

- **Colleen C Smith**
  colleen.smith@lw.com,colleen-c-smith-7786@ecf.pacerpro.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)