**KESSLER TOPAZ
  MELTZER & CHECK, LLP**
JENNIFER L. JOOST (Bar No. 296164)
  jjoost@ktmc.com
One Sansome Street, Suite 1850
San Francisco, CA 94101
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

*Counsel for Dr. Thomas E. Tweito and
Proposed Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| MICHAEL J. BUTALA, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>        v.<br><br>OWLET, INC. f/k/a SANDBRIDGE ACQUISITION CORPORATION, KURT WORKMAN, KATE SCOLNICK, KEN SUSLOW, DOMENICO DE SOLE, RAMEZ TOUBASSY, JAMIE WEINSTEIN, KRYSTAL KAHLER, and MICHAEL F. GOSS,<br><br>        Defendants. | No. 2:21-cv-09016 FLA (JEMx)<br><br>CLASS ACTION<br><br>**REPLY DECLARATION OF JENNIFER L. JOOST IN SUPPORT OF THE REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN FURTHER SUPPORT OF THE MOTION OF DR. THOMAS E. TWEITO FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**<br><br>Date:          March 18, 2022<br>Time:          1:30 p.m.<br>Courtroom:  6B<br>Judge:         Hon. Fernando L. Aenlle-Rocha |

[*Caption continues on next page*.]

REPLY DECLARATION OF JENNIFER L. JOOST IN SUPPORT OF THE REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN FURTHER SUPPORT OF THE MOTION OF DR. THOMAS E. TWEITO FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL
CASE NOS.: 2:21-CV-09016 FLA (JEMX), *ET AL.*

JONES CHERIAN, Individually and on Behalf of All Others Similarly Situated,

     Plaintiff,

     v.

OWLET, INC. f/k/a SANDBRIDGE ACQUISITION CORPORATION, KURT WORKMAN, KATE SCOLNICK, KEN SUSLOW, DOMENICO DE SOLE, RAMEZ TOUBASSY, JAMIE WEINSTEIN, KRYSTAL KAHLER, and MICHAEL F. GOSS,

     Defendants.

No. 2:21-cv-09293 RGK (AGRx)

REPLY DECLARATION OF JENNIFER L. JOOST IN SUPPORT OF THE REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN FURTHER SUPPORT OF THE MOTION OF DR. THOMAS E. TWEITO FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL
CASE NOS.: 2:21-CV-09016 FLA (JEMX), ET AL.

I, Jennifer L. Joost, declare as follows:

1.   I am a member in good standing of the bar of the State of California and of this Court.  I am a partner at the law firm Kessler Topaz Meltzer & Check, LLP.  I submit this Reply Declaration in support of the reply memorandum of points and authorities filed by Dr. Thomas E. Tweito in further support of consolidation of the related actions, appointment as Lead Plaintiff, and approval of his selection of Kessler Topaz Meltzer & Check, LLP to serve as Lead Counsel for the class.  Unless otherwise indicated, I have personal knowledge of the facts stated in this Reply Declaration, and if called upon to do so, could and would competently testify thereto.

2.   Attached hereto are true and correct copies of the following exhibits:

Exhibit A:   *Burbige v. ATI Physical Therapy, Inc. f/k/a Fortress Value Acquisition Corp. II*, No. 1:21-cv-04349 (N.D. Ill. Nov. 18, 2021), ECF No. 40;

Exhibit B:   *Edwards v. McDermott Int'l, Inc.*, No. 4:18-cv-04330 (S.D. Tex. Mar. 15, 2019), ECF No. 77; and

Exhibit C:   Sherry Karabin, *Kessler Topaz Meltzer & Check*, Nat'l Law J. (Oct. 21, 2013).

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed: March 4, 2022, at San Francisco, California.

/s/ Jennifer L. Joost
JENNIFER L. JOOST