**LATHAM & WATKINS LLP**
Michele D. Johnson (Bar No. 198298)
*michele.johnson@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
T: (714) 540-1235 / F: (714) 755-8290

Colleen C. Smith (Bar No. 231216)
*colleen.smith@lw.com*
12670 High Bluff Drive
San Diego, California 92130
T: (858) 523-5400 / F: (858) 523-5450

Meryn C. N. Grant (Bar No. 291315)
*meryn.grant@lw.com*
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-1560
T: (213) 485-1234 / F: (213) 891-8763

*Attorneys for Defendants Owlet, Inc. f/k/a*
*Sandbridge Acquisition Corporation,*
*Kurt Workman, Kate Scolnick, Ken Suslow,*
*Domenico de Sole, Ramez Toubassy,*
*Jamie Weinstein , Krystal Kahler, and*
*Michael F. Goss*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| MICHAEL J. BUTALA, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:21-cv-09016-FLA (JEMx) |
| Plaintiff, | Consolidated Case: 2:21-cv-09293-FLA (JEMx) |
| v. | |
| OWLET, INC. f/k/a SANDBRIDGE ACQUISITION CORPORATION, KURT WORKMAN, KATE SCOLNICK, KEN SUSLOW, DOMENICO DE SOLE, RAMEZ TOUBASSY, JAMIE WEINSTEIN, KRYSTAL KAHLER, and MICHAEL F. GOSS, | **DEFENDANTS' SUPPLEMENTAL BRIEFING REGARDING LEAD PLAINTIFF APPOINTMENT** |
| Defendants. | Hon. Fernando L. Aenlle-Rocha |

Defendants Owlet, Inc. ("Owlet") f/k/a Sandbridge Acquisition Corporation ("Sandbridge"), Kurt Workman, Kate Scolnick, Ken Suslow, Domenico de Sole, Ramez Toubassy, Jamie Weinstein, Krystal Kahler, and Michael F. Goss (together, "Defendants") respectfully submit this statement in response to the Court's September 29, 2022 Order Granting Motions to Consolidate Related Actions; Order for Additional Briefing on Motions for Appointment of Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel, ECF No. 55 (the "Order").

Defendants take no position regarding which lead plaintiff applicant or applicants should be selected to represent the class. Defendants nevertheless make this submission to inform the Court of their position that the standing requirements for claims brought under Section 10(b) and Section 14(a) of the Securities Exchange Act of 1934 are different, and that certain lead plaintiff applicants (by their own admission) lack standing to pursue both of these claims. Standing under Section 10(b) requires a plaintiff to show that it purchased or sold securities in reliance upon the alleged misrepresentations or omissions. *See Blue Chip Stamps v. Manor Drug Stores*, 421 U.S. 723, 737-737 (1975). Standing under Section 14(a), by contrast, requires a plaintiff to show that it held stock as of the record date of the implicated vote and was entitled to vote on the transaction at issue. *See 7547 Corp. v. Parker & Parsley Dev. Partners, L.P.*, 38 F.3d 211, 230 (5th Cir. 1994); *see also DCML LLC v. Danka Bus. Sys. PLC*, 2008 WL 5069528, at *2 (S.D.N.Y. Nov. 26, 2008) ("It is generally accepted that only stockholders who were entitled to vote on a transaction have standing under § 14(a) to challenge the proxy materials issued by a corporation regarding that transaction."). Defendants accordingly reserve the ability to challenge the standing of any appointed lead plaintiff applicant to pursue Section 10(b) or Section 14(a) claims, as appropriate.

Defendants further take no position at this stage of the proceedings—before a consolidated amended complaint has been filed—as to the suitability of any lead

plaintiff applicant to satisfy the requirements of Federal Rule of Civil Procedure 23 with respect to any putative class.

Dated:  October 13, 2022

LATHAM & WATKINS LLP

By: /s/ Colleen C. Smith
        Colleen C. Smith

Michele D. Johnson (Bar No. 198298)
michele.johnson@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
T: (714) 540-1235 / F: (714) 755-8290

Colleen C. Smith (Bar No. 231216)
colleen.smith@lw.com
12670 High Bluff Drive
San Diego, California 92130
T: (858) 523-5400 / F: (858) 523-5450

Meryn C. N. Grant (Bar No. 291315)
meryn.grant@lw.com
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
T: (213) 485-1234 / F: (213) 891-8763

*Attorneys for Defendants Owlet, Inc.
f/k/a Sandbridge Acquisition
Corporation, Kurt Workman, Kate
Scolnick, Ken Suslow,  Domenico de
Sole, Ramez Toubassy, Jamie Weinstein ,
Krystal Kahler, and  Michael F. Goss*