Robert V. Prongay (SBN 270796)
  rprongay@glancylaw.com
Charles Linehan (SBN 307439)
  clinehan@glancylaw.com
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Lead Plaintiff Movant Casey McIntosh*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. BUTALA, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> OWLET, INC. f/k/a SANDBRIDGE ACQUISITION CORPORATION, KURT WORKMAN, KATE SCOLNICK, KEN SUSLOW, DOMENICO DE SOLE, RAMEZ TOUBASSY, JAMIE WEINSTEIN, KRYSTAL KAHLER, and MICHAEL F. GOSS, <br><br> Defendants. | Case No. 2:21-cv-09016-FLA-JEM <br><br> **DECLARATION OF CHARLES H. LINEHAN IN SUPPORT OF CASEY MCINTOSH'S SUPPLEMENTAL BRIEF IN FURTHER SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL, AND IN RESPONSE TO THE COURT'S ORDER DATED SEPTEMBER 29, 2022 (Dkt. No. 55)** |

I, Charles H. Linehan, declare as follows:

1.     I am an attorney with the law firm of Glancy Prongay & Murray LLP, counsel for Lead Plaintiff Movant Casey McIntosh ("McIntosh"), and proposed Lead Counsel for the class in the above-captioned actions. I make this declaration in support of Casey McIntosh's Supplemental Brief in Further Support of His Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel, and in Response to the Court's Order Dated September 29, 2022 (Dkt. No. 55). I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.     Attached hereto as Exhibit A is a true and correct copy of the Declaration of Casey McIntosh, signed October 13, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 13th day of October 2022, at Los Angeles, California.

*s/ Charles H. Linehan*
Charles H. Linehan

## **PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On October 13, 2022, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 13, 2022, at Los Angeles, California.

*s/ Charles H. Linehan*
Charles H. Linehan