# EXHIBIT A

DocuSign Envelope ID: 49A93EB8-654A-4712-9B87-5DADDDCB7A4D

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. BUTALA, Individually and on Behalf of All Others Similarly Situated,<br><br>         Plaintiff,<br><br>     v.<br><br>OWLET, INC. f/k/a SANDBRIDGE ACQUISITION CORPORATION, KURT WORKMAN, KATE SCOLNICK, KEN SUSLOW, DOMENICO DE SOLE, RAMEZ TOUBASSY, JAMIE WEINSTEIN, KRYSTAL KAHLER, and MICHAEL F. GOSS,<br><br>         Defendants. | Case No. 2:21-cv-09016-FLA-JEM<br><br>**DECLARATION OF CASEY MCINTOSH** |

I, Casey McIntosh, pursuant to 28 U.S.C. § 1746, declare as follows:

1.    I submit this declaration in support of my Supplemental Brief in Further Support of My Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel, and in Response to the Court's Order Dated September 29, 2022 (Dkt. No. 55).

2.    I reside in Grants Pass, Oregon, and have been managing my own investment portfolio for approximately 20 years. I have been a software company executive for the last 10 years.

3.    I purchased 21,776 shares of Owlet Baby Care Inc. ("OBC") common stock on September 20, 2019, and an additional 30,000 shares of OBC common stock on January 21, 2020, for a total of 51,776 shares. Both transactions were executed on the private marketplace SharePost, which is now owned by Forge Global, Inc. These purchases required OBC board approval, which I received.

4.    I attempted to sell approximately 30,000 shares of OBC common stock on the same marketplace in December 2020. However, the OBC board did not approve the transaction, so the shares were not sold. I did not attempt to sell my OBC shares at any other time.

5.    On June 22, 2021, as a shareholder of OBC, I consented in writing to the business combination of Sandbridge Acquisition Corporation and OBC by signing a consent form.

6.    Pursuant to the business combination, each of my OBC shares was converted into a right to receive approximately 2.053 shares of Owlet Inc. common stock. I exercised that right and received 106,306 shares of Owlet, Inc. common stock on July 16, 2021.

7.    I am currently prohibited from selling my Owlet, Inc. stock for a period of 18 months beginning on July 15, 2021 (subject to certain exceptions), as explained in the prospectus filed in connection with the business combination.

8.      I believe that this securities class action is meritorious and should be led by an investor that is committed to maximizing the recovery on behalf of the class. I suffered a substantial loss on my investments, and I have the ability and competency to oversee this litigation to a successful conclusion. It is for this reason that I decided to seek appointment as lead plaintiff in this action.

9.      I am informed of and understand the requirements and duties imposed by the PSLRA. I understand the responsibilities of being a lead plaintiff, including my fiduciary duty to the class. I understand that if I am appointed as lead plaintiff, I will owe a duty to all members of the putative class to provide fair and adequate representation and to work with counsel to obtain the best possible recovery in good faith and with vigorous advocacy. I am committed to the prosecution of this case and will remain actively involved.

10.     I have selected counsel in this action based upon their experience and am confident in their ability to work with me to protect the interest of the class. I understand that one of my primary responsibilities will be overseeing counsel and thereby ensuring that the litigation is handled efficiently, and that the resulting fees and expenses are fair and reasonable, relative to the size, complexity, and risk of the litigation. I will continue to supervise counsel and actively oversee the prosecution of this action for the benefit of the class by, among other things, reviewing pleadings, instructing counsel, and/or attending hearings, as necessary.

11.     I understand that, as the lead plaintiff in this action, I will be subject to the jurisdiction of the Court and will be bound by all rulings by the Court, including rulings regarding any judgments.

[Signature on Following Page]

DECLARATION OF CASEY MCINTOSH

2

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/13/2022 _____.

_____
Casey McIntosh