# APPENDIX A

**APPENDIX A**

| | Date | Source | Speaker | Statement[1] | Statement Type | Complaint |
|---|---|---|---|---|---|---|
| 1. | March 1, 2021 | Form S-4 | Owlet | [S]ince January 1, 2018, *all products . . . marketed . . . or sold by or on behalf of Owlet have been, and are being . . . marketed . . . and sold in compliance in all material respects with applicable FDA laws*. | Owlet Opinion | ¶ 159 |
| 2. | March 1, 2021 | Form S-4 | Owlet | (b) Owlet *holds all material Permits, including 510(k) clearance or premarket approvals required by applicable FDA Laws.* | Owlet Opinion | ¶ 159 |
| 3. | March 1, 2021 | Form S-4 | Owlet | (c) [T]o [Owlet's] *knowledge, no Government Entity is considering . . . changing the marketing classification . . . of any of the Company Products in any material respect.* | FDA Assessment | ¶ 159 |
| 4. | March 1, 2021 | Form S-4 | Owlet | (d) Since January 1, 2018, [Owlet has] not *received any written notice or communication from any Governmental Entity . . . alleging or asserting material noncompliance with any applicable FDA Law,* any warning or untitled letter . . . *or similar written letter or notice alleging noncompliance.* | FDA Assessment | ¶ 159 |
| 5. | March 1, 2021 | Form S-4 | Owlet | (e) [T]o the Company's knowledge, *there are no facts or circumstances reasonably likely to cause . . . (iii) a termination, seizure or suspension of the marketing or distribution (including for commercial, investigational or any other use) of any such product*, except in each case, that would not reasonably be expected to be material to [Owlet] taken as a whole. | FDA Assessment | ¶ 159 |

---

[1] This chart identifies only those statements, or portions of statements, that the Complaint appears to specifically allege were false or misleading.  It does not contain argument and is provided for the Court's ease of reference.

| | Date | Source | Speaker | Statement[1] | Statement Type | Complaint |
|---|---|---|---|---|---|---|
| 6. | March 1, 2021 | Form S-4 | Owlet | *[T]he Owlet Smart Sock is a consumer product and not a medical device.* | Owlet Opinion; FDA Assessment | ¶ 162 |
| 7. | March 1, 2021; June 21, 2021 | Form S-4; Form 424(b)(3) | Owlet | We currently sell the Owlet Smart Sock, which we market for use by parents of healthy babies to provide peace of mind, and for which we have not sought or obtained any marketing authorization from the FDA or similar authorization, approval, or certification from any other governmental authority. In response to inquiries from the FDA and regulatory authorities in other jurisdictions regarding the marketing of the Owlet Smart Sock, we have communicated our belief that *the Owlet Smart Sock is not a medical device and does not require marketing authorization from the FDA* or approval/certification from such other regulatory authorities.  However, *the FDA* and certain regulatory authorities have expressed they may not agree with that conclusion and *could require us to obtain marketing authorization (or approval/certification) to continue to sell the product*. Obtaining authorization to sell the Owlet Smart Sock as a medical device is a time-consuming and costly process *and we may be precluded from selling the Owlet Smart Sock if we are required to obtain marketing authorization*. If granted, a marketing authorization could require conditions to sale, for example, a prescription requirement. *If the FDA or other regulatory authorities require such marketing authorization (or approval/certification, respectively) for the Owlet Smart Sock*, or for any other product that we sell and which we do not believe requires such clearance, approval, certification or marketing authorization, *we could be required to cease selling or recall the product in the corresponding jurisdiction pending receipt of marketing authorization (or approval/certification)*, which can be a lengthy and time-consuming | Owlet Opinion; FDA Assessment | ¶ 164 |

2

| | Date | Source | Speaker | Statement[1] | Statement Type | Complaint |
|---|---|---|---|---|---|---|
| | | | | process, and **we may also be subject to regulatory enforcement action**. In addition, we may be required to modify the product's functionality or limit our marketing claims for the product, whether or not we obtain such clearance, approval, certification or marketing authorization. In any such event, our business could be substantially harmed. | | |
| 8. | March 1, 2021; June 21, 2021 | Form S-4; Form 424(b)(3) | Owlet | We are developing certain products, including the Owlet BabySat and Owlet OTC Smart Sock, that we believe will be regulated as medical devices, if approved. Certain other products we are developing, such as the Owlet Band, may also be regulated as medical devices. We currently sell the Owlet Smart Sock, which we market for use by parents of healthy babies to provide peace of mind, and for which we have not sought or obtained any marketing authorization from the FDA or any other governmental authority. In response to inquiries from the FDA and regulatory authorities in other jurisdictions regarding the marketing of the Owlet Smart Sock, we have communicated our belief that **the Owlet Smart Sock is not a medical device and does not require marketing authorization from the FDA** or clearance, approval, certification, or other authorization from such other regulatory authorities. However, **the FDA** and other regulatory authorities have expressed they may not agree with that conclusion and **could require us to obtain such marketing authorization, clearance, approval, or certification to continue to sell the product.**<br><br>. . . .<br><br>The FDA's interpretations of its laws and regulations are subject to change. If the FDA changes its policy or **concludes that the marketing of any of our products is not in accordance with current policies, regulations or statutory requirements**, or if the FDA changes its applicable policies or if | Owlet Opinion; FDA Assessment | ¶ 168 |

3

| | Date | Source | Speaker | Statement[1] | Statement Type | Complaint |
|---|---|---|---|---|---|---|
| | | | | changes are introduced to applicable laws or regulations, *we may be required to seek clearance or approval for these products through the 510(k), de novo or PMA processes, may not be permitted to continue marketing these products until marketing authorization is obtained, or may be the subject of regulatory enforcement actions*. | | |
| 9. | March 1, 2021; June 21, 2021 | Form S-4; Form 424(b)(3) | Owlet | *If the U.S. Food and Drug Administration* ("FDA") or any other governmental authority *were to require marketing authorization for the Owlet Smart Sock*, or for any other product that Owlet sells and which Owlet does not believe requires such marketing authorization, *Owlet could be required to cease selling or recall the product pending receipt of marketing authorization from the FDA* or such other governmental authority, which can be a lengthy and time-consuming process, harm financial results and Owlet may also be subject to regulatory enforcement action. | FDA Assessment | ¶ 172 |
| 10. | March 1, 2021; June 21, 2021 | Form S-4; Form 424(b)(3) | Owlet | *[A]ny failure, or perceived failure, by us, to comply with any federal*, state, or foreign *laws or regulations governing our marketing activities could adversely affect our reputation, brand, and business*, and may result in claims, proceedings, or actions against us by governmental entities, consumers, suppliers or others or other liabilities or may require us to change our operations and/or cease using certain marketing strategies. | Owlet Opinion | ¶ 175 |
| 11. | March 1, 2021; June 21, 2021 | Form S-4; Form 424(b)(3) | Owlet | We currently sell the Owlet Smart Sock, which we market for use by parents of healthy babies to provide peace of mind, and for which we have not sought or obtained any marketing authorization from the FDA or | Owlet Opinion; FDA Assessment | ¶ 179 |

4

| | Date | Source | Speaker | Statement[1] | Statement Type | Complaint |
|---|---|---|---|---|---|---|
| | | | | similar authorization, approval, or certification from any other governmental authority. In response to inquiries from the FDA and regulatory authorities in other jurisdictions regarding the marketing of the Owlet Smart Sock, we have communicated our belief that *the Owlet Smart Sock is not a medical device and does not require marketing authorization from the FDA* or approval/certification from such other regulatory authorities. However, *the FDA* and/or certain regulatory authorities have expressed they do not agree with that conclusion and *could require us to obtain marketing authorization (or approval/certification) to continue to sell the product*. For example, the Medicines and Healthcare products Regulatory Agency, the regulatory authority responsible for the UK medical device market, has asserted that the Owlet Smart Sock requires (CE mark) certification and subsequent registration as a medical device in the UK, but has indicated they will allow us to continue to market the Owlet Smart Sock until May 2022 without such certification or registration. Obtaining authorization to sell the Owlet Smart Sock as a medical device is a time-consuming and costly process and *we may be precluded from selling the Owlet Smart Sock if we are required to obtain marketing authorization*. If granted, a marketing authorization could require conditions to sale, for example, a prescription requirement. *If the FDA or other regulatory authorities require such marketing authorization (or approval/certification, respectively) for the Owlet Smart Sock*, or for any other product that we sell and which we do not believe requires such clearance, approval, certification or marketing authorization, *we could be required to cease selling or recall the product in the corresponding jurisdiction pending receipt of marketing authorization (or approval/certification)*, which can be a lengthy and time-consuming process, and *we may also be subject to regulatory enforcement action*. In addition, we may be required to modify the product's functionality or limit | Owlet Opinion; FDA Assessment | |

5

|  | Date | Source | Speaker | Statement[1] | Statement Type | Complaint |
|---|---|---|---|---|---|---|
|  |  |  |  | our marketing claims for the product, whether or not we obtain such clearance, approval, certification or marketing authorization. In any such event, our business could be substantially harmed. |  |  |

6