LATHAM & WATKINS LLP
   Colleen C. Smith (CA Bar No. 231216)
      *colleen.smith@lw.com*
12670 High Bluff Drive
San Diego, CA 92130
Telephone: +1.858.523.5400
Facsimile: +1.858.523.5450

   Meryn C. N. Grant (CA Bar No. 291315)
      *meryn.grant@lw.com*
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-1560
Telephone: +1.213.485.1234
Facsimile: +1.213.891.8763

   Michele D. Johnson (CA Bar No. 198298)
      *michele.johnson@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Telephone: +1.714.540.1235
Facsimile: +1.714.755.8290

*Attorneys for Defendants Owlet, Inc. f/k/a Sandbridge Acquisition Corporation, and Kurt Workman*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| MICHAEL J. BUTALA, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>v.<br><br>OWLET, INC. f/k/a SANDBRIDGE ACQUISITION CORPORATION, and KURT WORKMAN,<br><br>              Defendants. | Case No. 2:21-cv-09016-FLA-JEM<br><br>**DECLARATION OF COLLEEN C. SMITH IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECTION 10(b) COMPLAINT**<br><br>Hearing Date:  May 31, 2024<br>Time:   1:30 P.M.<br>Ctrm:   6B<br>Judge:  Hon. Fernando L. Aenlle-Rocha |

I, Colleen C. Smith, declare as follows:

1.      I am a Partner at Latham & Watkins LLP, Counsel for Defendants in the above-captioned consolidated matter. I am duly licensed to practice law in the State of California and admitted to practice before this Court.

2.      I have personal knowledge of the facts stated in this declaration and make this declaration in support of Defendants Owlet, Inc. f/k/a Sandbridge Acquisition Corporation, and Kurt Workman (collectively, the "Defendants") Motion to Dismiss Plaintiff's Section 10(b) Complaint.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of the homepage of Owlet's website (https://owletcare.com) from December 25, 2014, as captured by the Internet Archive's Wayback Machine.

4.      Attached hereto as **Exhibit 2** is a true and correct copy of the FDA "It Has Come to Our Attention Letter" addressed to Kurt Workman, and dated January 5, 2016, which is incorporated by reference in paragraphs 9, 70, 90, 92, 98, 102, 104, 105, 106, 110, 112, 114, 115, and 122 of Plaintiff's Section 10(b) Complaint.

5.      Attached hereto as **Exhibit 3** is a true and correct copy of the "Owlet Disclaimer" page of Owlet's website (https://owletcare.com/pages/owlet-disclaimer) from February 19, 2019, as captured by the Internet Archive's Wayback Machine.

6.      Attached hereto as **Exhibit 4** is a true and correct copy of the "disclaimer pop up" found on Owlet Smart Sock purchase page of Owlet's website (https://owletcare.com/products/owlet-smart-sock) from February 5, 2021, as captured by the Internet Archive's Wayback Machine.

7.      Attached hereto as **Exhibit 5** is a true and correct copy of the "Disclaimer" page of Owlet's website (https://owletcare.com/pages/owlet-disclaimer) from February 5, 2021, as captured by the Internet Archive's Wayback Machine.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

2

DECL. OF COLLEEN C. SMITH IN SUPPORT
OF OWLET DEFS.' MOTION TO
DISMISS PL.'S 10(b) COMPLAINT
Case No. 2:21-cv-09016-FLA-JEM

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of February, 2024 in San Diego, California.

/s/ *Colleen C. Smith*
Colleen C. Smith

3

DECL. OF COLLEEN C. SMITH IN SUPPORT
OF OWLET DEFS.' MOTION TO
DISMISS PL.'S 10(b) COMPLAINT
Case No. 2:21-cv-09016-FLA-JEM