# EXHIBIT 1

Exhibit 1
Page 4



Exhibit 1
Page 5



## Alerts when needed and nothing more.

Nobody likes to worry. We have worked hard to perfect our alarm strategy. Owlet alerts you if something appears wrong with your baby's heart rate or the amount of oxygen in his/her body.

## It's about less, not more

Instead of offering all kinds of features, we decided to deliver the most important features. We are constantly working to reduce clutter in the design of product.



## iPhone Optional

Owlet is a stand alone device. Your iPhone or other Apple device is a bonus but not needed. This means Owlet can go to grandma's too.

Exhibit 1
Page 6

WHAT PEOPLE ARE SAYING ABOUT OWLET

"I wish I would have had one of these with my little ones!"

    

Get Owlet peace of mind.    PRE-ORDER NOW

Keep me updated.

SUBSCRIBE

Frequently Asked Questions


Rest Assured.

  

FAQ    How it Works    Blog    Contact    Mailing List    Press & Media    Employee Area    Legal

© 2014 Owlet Baby Monitor

Exhibit 1
Page 7