# EXHIBIT 2

Exhibit 2
Page 8

**DEPARTMENT OF HEALTH & HUMAN SERVICES**

JAN -- 5 2016

Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD  20993

Kurt Workman
CEO/Co-Founder
Owlet Baby Care, Inc.
32 W. Center Street
Suite 301
Provo, Utah  84606

CPT1500920

Dear Mr. Workman:

It has come to our attention that you are currently marketing the Owlet Smart Sock, which is intended to monitor sleeping infant's blood oxygen level and irregular vital signs.  The Owlet Smart Sock appears to meet the definition of a device as that term is defined in section 201(h) of the Federal Food Drug and Cosmetic Act.

We have conducted a review of our files, and have been unable to identify any Food and Drug Administration (FDA) clearance or approval number for the Owlet Smart Sock. We request that you provide us with the FDA clearance or approval number for the Owlet Smart Sock.  If you do not believe that you are required to obtain FDA clearance or approval for the Owlet Smart Sock, please provide us with the basis for that determination.

We have assigned a unique document number that is cited above.  Any further correspondence regarding this letter should reference this document number and should be submitted within 60 days to:

Complaints Program Manager, WO66-2621
Division of Risk Management Operations
Office of Compliance
Center for Devices and
    Radiological Health
10903 New Hampshire Avenue
Silver Spring, MD 20993

Exhibit 2
Page 9

Mr. Workman
Owlet Baby Care, Inc.


If you have questions relating to this matter, please feel free to call Susan Jensen at 301-796-5574, or log onto our web site at www.fda.gov for general information relating to FDA device requirements.

Sincerely yours,

Cesar A. Perez, Ph.D.
Acting Branch Chief,
Surveillance and Enforcement Branch I
Division Premarket and Labeling Compliance
Office of Compliance
Center for Devices and
     Radiological Health

2

Exhibit 2
Page 10