# EXHIBIT 3

Exhibit 3
Page 11



FREE SHIPPING ON ORDERS OVER $99.

QUESTIONS? CALL US (855) 746-6781

☰  🦉 Owlet    SOCK    CAM    SOCK + CAM    [BUY NOW]  🛒

# Owlet Disclaimer

Warning: The Owlet Smart Sock is meant for healthy babies up to 18 months of age and the notification thresholds on the Owlet Smart Sock are not as stringent as a medical monitor.

**Remember:**

This product is only intended to assist you in tracking your baby's well-being and is not intended to replace you as a caregiver. You are responsible for the health and well-being of your baby and following safe sleep, health, and care guidelines.

- Do not use the Smart Sock as a diagnostic tool
- Do not use the Smart Sock if your doctor recommends the use of a hospital pulse oximeter

- Do not use the Smart Sock if your doctor recommends the use of a hospital apnea monitor
- Do not use the Smart Sock as an excuse for unsafe sleep habits
- Do not use the Smart Sock as a replacement for or in lieu of adult care

## Stay in Touch

Get the latest Owlet news, giveaways, and helpful tips for pregnancy and baby!



| Email Address | | SUBMIT |

☐ I agree to Owlet's legal terms and privacy policies *

📷    f    🐦    ▶    📌



**GET HELP**

FIND A STORE

TRACK ORDER

FAQS

RETURNS

SHIPPING

HELP CENTER

CONTACT

**ABOUT OWLET**

OUR MISSION

REVIEWS

PRESS & MEDIA

BLOG

CAREERS

LEGAL

**FOR PARTNERS**

SMART SOCK FIT & CARE

PREGNANCY BAND

REGISTRY

MEDICAL ADVISORY BOARD

WHOLESALE

**CONTACT**

(855) 746-6781

2500 Executive PKWY Suite 500

Lehi, UT 84043

© 2019 Owlet Baby Care

Exhibit 3
Page 12