UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. BUTALA, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>v.<br><br>OWLET, INC. f/k/a SANDBRIDGE ACQUISITION CORPORATION, and KURT WORKMAN,<br><br>              Defendants. | Case No. 2:21-cv-09016-FLA-JEM<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECTION 10(b) COMPLAINT [DKT. # 90]** |

On February 9, 2024, Defendants Owlet, Inc. f/k/a Sandbridge Acquisition Corporation and Kurt Workman filed a Motion to Dismiss Plaintiff's Section 10(b) Complaint under Federal Rule of Civil Procedure 12(b)(6).

The court, having considered Defendants' Motion and finding good cause therefor, hereby GRANTS the Motion and ORDERS as follows:

1

Plaintiff's Complaint is dismissed for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6).

IT IS SO ORDERED.

Dated: February 9, 2024

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge