UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. BUTALA, Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>v.<br><br>OWLET, INC. f/k/a SANDBRIDGE ACQUISITION CORPORATION, and KURT WORKMAN,<br><br>               Defendants. | Case No. 2:21-cv-09016-FLA-JEM<br><br>**[PROPOSED] ORDER GRANTING OWLET DEFENDANTS' REQUEST FOR INCORPORATION BY REFERENCE AND JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S SECTION 10(b) COMPLAINT [DKT. 91]** |

On February 9, 2024, Defendants Owlet, Inc. f/k/a Sandbridge Acquisition Corporation, and Kurt Workman, filed a Request for Incorporation by Reference and Judicial Notice in Support of their Motion to Dismiss Plaintiff's Section 10(b) Complaint. The Court, having considered the papers submitted by counsel, the applicable law, the relevant pleadings and papers filed in this action, and the arguments of counsel, and finding good cause therefor, will consider Exhibits 1-5 to the Declaration of Colleen C. Smith in connection with Defendants' Motion to Dismiss Plaintiff's Section 10(b) Complaint. The Court hereby GRANTS Defendants' Request

1

for Incorporation by Reference and Judicial Notice in Support of Defendants' Motion to Dismiss Plaintiff's Section 10(b) Complaint and ORDERS as follows:

1.   Exhibit 2 is hereby incorporated by reference, and the Court takes judicial notice of it.

2.   The Court takes judicial notice of Exhibits 1, 3, 4, and 5.

IT IS SO ORDERED.

Dated: _____

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge