LATHAM & WATKINS LLP
Colleen C. Smith (CA Bar No. 231216)
  *colleen.smith@lw.com*
12670 High Bluff Drive
San Diego, CA 92130
Telephone:  +1.858.523.5400
Facsimile:  +1.858.523.5450

Meryn C. N. Grant (CA Bar No. 291315)
  *meryn.grant@lw.com*
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-1560
Telephone:  +1.213.485.1234
Facsimile:  +1.213.891.8763

  Michele D. Johnson (CA Bar No. 198298)
    *michele.johnson@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Telephone: +1.714.540.1235
Facsimile: +1.714.755.8290

*Attorney for Defendants Owlet, Inc. f/k/a Sandbridge Acquisition Corporation, Kurt Workman, and Kate Scolnick*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL J. BUTALA, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> OWLET, INC. f/k/a SANDBRIDGE ACQUISITION CORPORATION, KURT WORKMAN, KATE SCOLNICK, KEN SUSLOW, RICHARD HENRY, DOMENICO DE SOLE, RAMEZ TOUBASSY, JAMIE WEINSTEIN, KRYSTAL KAHLER, and MICHAEL F. GOSS, <br><br> Defendants. | Case No. 2:21-cv-09016-FLA-JEM <br><br> **DECLARATION OF COLLEEN C. SMITH IN SUPPORT OF DEFENDANTS' MOTIONS TO DISMISS PLAINTIFF'S SECTION 14(a) COMPLAINT** <br><br> Hearing Date:  May 31, 2024 <br> Time:   1:30 P.M. <br> Ctrm:  6B <br> Judge:  Hon. Fernando L. Aenlle-Rocha |

I, Colleen C. Smith, declare as follows:

1.    I am a Partner at Latham & Watkins LLP, Counsel for Defendants in the above-captioned consolidated matter. I am duly licensed to practice law in the State of California and admitted to practice before this Court.

2.    I have personal knowledge of the facts stated in this declaration and make this declaration in support of Defendants Owlet, Inc. f/k/a Sandbridge Acquisition Corporation, Kurt Workman, Kate Scolnick, Ken Suslow, Richard Henry, Domenico de Sole, Ramez Toubassy, Jamie Weinstein, Krystal Kahler, and Michael F. Goss's (collectively, the "Defendants") Motions to Dismiss Plaintiff's Section 14(a) Complaint.

3.    Attached hereto as **Exhibit 1** is a true and correct copy of the homepage of Owlet's website (https://owletcare.com) from December 25, 2014, as captured by the Internet Archive's Wayback Machine.

4.    Attached hereto as **Exhibit 2** is a true and correct copy of the FDA "It Has Come to Our Attention Letter" addressed to Kurt Workman, and dated January 5, 2021, which is incorporated by reference in paragraphs 10, 77, 133, 138, 142, 166, 169, 173, 176, 181, 188, 191, 204 of Plaintiff's Section 14(a) Complaint.

5.    Attached hereto as **Exhibit 3** is a true and correct copy of the "Owlet Disclaimer" page of Owlet's website (https://owletcare.com/pages/owlet-disclaimer) from February 19, 2019, as captured by the Internet Archive's Wayback Machine.

6.    Attached hereto as **Exhibit 4** is a true and correct copy of the "disclaimer pop up" found on Owlet Smart Sock purchase page of Owlet's website (https://owletcare.com/products/owlet-smart-sock) from February 5, 2021, as captured by the Internet Archive's Wayback Machine.

7.    Attached hereto as **Exhibit 5** is a true and correct copy of the "Disclaimer" page of Owlet's website (https://owletcare.com/pages/owlet-

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

2

DECL. OF COLLEEN C. SMITH IN SUPPORT
OF OWLET DEFS.' MOTION TO
DISMISS PL.'S 14(a) COMPLAINT
Case No. 2:21-cv-09016-FLA-JEM

disclaimer) from February 5, 2021, as captured by the Internet Archive's Wayback Machine.

8.    Attached hereto as **Exhibit 6** is a true and correct copy of the Sandbridge Acquisition Corp., Proxy Statement for Special Meeting of Sandbridge Acquisition Corp. (filed June 21, 2021), available on the United States Securities and Exchange Commission ("SEC") online EDGAR database: https://www.sec.gov/Archives/edgar/data/1816708/000114036121021726/nt10020073x24_424b3.htm, which is incorporated by reference at paragraphs 6, 39, 40, 41, 66, 81-83, 85-89, 105-107, 109-111, and 113-115 of Plaintiff's Section 14(a) Complaint.

9.    Attached hereto as **Exhibit 7** is a true and correct copy of the Sandbridge Acquisition Corp., Form S-4, including the Preliminary Proxy Statement for Special Meeting of Sandbridge Acquisition Corp. (filed March 31, 2021), available on the United States Securities and Exchange Commission ("SEC") online EDGAR database: https://www.sec.gov/Archives/edgar/data/1816708/000114036121010908/nt10020073x5_s4.htm, which is incorporated by reference at paragraphs 82, 95-103, 105, and 115 of Plaintiff's Section 14(a) Complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of February, 2024, in San Diego, California.

/s/ *Colleen C. Smith*
Colleen C. Smith

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

3

DECL. OF COLLEEN C. SMITH IN SUPPORT
OF OWLET DEFS.' MOTION TO
DISMISS PL.'S 14(a) COMPLAINT
Case No. 2:21-cv-09016-FLA-JEM