# EXHIBIT 1

Exhibit 1
Page 4



Exhibit 1
Page 5

## Alerts when needed and nothing more.

Nobody likes to worry. We have worked hard to perfect our alarm strategy. Owlet alerts you if something appears wrong with your baby's heart rate or the amount of oxygen in his/her body.

## It's about less, not more

Instead of offering all kinds of features, we decided to deliver the most important features. We are constantly working to reduce clutter in the design of product.

Charlotte's vitals are all normal.

**Heart Rate**
140
BPM
80          220
LOW        HIGH

**Oxygen Level**
98%
85          100
LOW        MAX

## iPhone Optional

Owlet is a stand alone device. Your iPhone or other Apple device is a bonus but not needed. This means Owlet can go to grandma's too.



Exhibit 1
Page 6

WHAT PEOPLE ARE SAYING ABOUT OWLET

"I wish I would have had one of these with my little ones!"

     

Get Owlet peace of mind.    PRE-ORDER NOW

Keep me updated.

SUBSCRIBE

Frequently Asked Questions


Rest Assured.

FAQ     How it Works     Blog     Contact     Mailing List     Press & Media     Employee Area     Legal

  

© 2014 Owlet Baby Monitor

Exhibit 1
Page 7