# EXHIBIT 3

Exhibit 3
Page 11



FREE SHIPPING ON ORDERS OVER $99.                                                    QUESTIONS? CALL US (855) 746-6781


Owlet      SOCK     CAM     SOCK + CAM                                           BUY NOW

# Owlet Disclaimer

Warning: The Owlet Smart Sock is meant for healthy babies up to 18 months of age and the notification thresholds on the Owlet Smart Sock are not as stringent as a medical monitor.

**Remember:**

This product is only intended to assist you in tracking your baby's well-being and is not intended to replace you as a caregiver. You are responsible for the health and well-being of your baby and following safe sleep, health, and care guidelines.

- Do not use the Smart Sock as a diagnostic tool
- Do not use the Smart Sock if your doctor recommends the use of a hospital pulse oximeter

- Do not use the Smart Sock if your doctor recommends the use of a hospital apnea monitor
- Do not use the Smart Sock as an excuse for unsafe sleep habits
- Do not use the Smart Sock as a replacement for or in lieu of adult care

## Stay in Touch

Get the latest Owlet news, giveaways, and helpful tips for pregnancy and baby!

| Email Address | SUBMIT |

☐ I agree to Owlet's legal terms and privacy policies *



| GET HELP | ABOUT OWLET | FOR PARTNERS | CONTACT |
|---|---|---|---|
| FIND A STORE | OUR MISSION | SMART SOCK FIT & CARE | (855) 746-6781 |
| TRACK ORDER | REVIEWS | PREGNANCY BAND | 2500 Executive PKWY Suite 500 |
| FAQS | PRESS & MEDIA | REGISTRY | Lehi, UT 84043 |
| RETURNS | BLOG | MEDICAL ADVISORY BOARD | © 2019 Owlet Baby Care |
| SHIPPING | CAREERS | WHOLESALE | |
| HELP CENTER | LEGAL | | |
| CONTACT | | | |

Exhibit 3
Page 12