# EXHIBIT 4

Exhibit 4
Page 13

https://owletcare.com/products/owlet-smart-sock · Go · 65 captures · DEC FEB MAR 05

Owlet

SOCK    CAM    MONITOR DUO    DREAM LAB    PREGNANCY BAND
WHY OWLET

Owlet Smart Sock · BUY NOW


     


# Owlet Smart Sock
### 3rd Generation

**$299.00**
As low as $24/month with affirm ›

*Due to overwhelming demand, Smart Sock orders placed today will ship within 7 days*

**Let's keep every baby safe.**

Parents around the world trust Owlet every night to help them keep their babies safe while they sleep. Our award-winning Smart Sock goes beyond the capabilities of any other baby monitor to tell you the things that really matter, when it really matters.

[ − 1 + ]    ADD TO CART

🎁 **ADD TO YOUR REGISTRY**

The Smart Sock is the first baby monitor to track your baby's oxygen level and heart rate—the best indication of baby's health—while they sleep. If your baby's readings leave preset "safe" zones, you'll receive a notification that lets you know your baby really needs you. Now you can feel more confidence, more freedom, and more peace of mind knowing that Owlet is here to help you keep your baby safe.

Our all-new Smart Sock is the third of its kind and it's smarter than ever.

*The Smart Sock also integrates seamlessly with the Owlet Cam. Save $50 when you upgrade to the **Monitor Duo >***

The Smart Sock is an information-gathering product for use with healthy babies only. It is not a medical device. **Read the full disclaimer here.** I understand

SHARE THIS PRODUCT



Free Shipping &
30-Night Peace of Mind
Guarantee

HSA / FSA Approved

As low as $24/month
with Affirm

  

## Monitors What Matters.

The Smart Sock is the first baby monitor to track your baby's oxygen level and heart rate—the best indication of Baby's health— while they sleep.

150 BPM Heart Rate    96% O2 Oxygen Level

## When it Really Matters.

If your baby's readings leave preset "safe" zones, the Smart Sock will immediately notify you that your baby needs your attention.

Exhibit 4
Page 14





## Smarter. Safer. Proven.

The Smart Sock is the smartest baby monitor of its kind and uses established pulse-oximetry technology proven both safe and accurate.

We have stories from more than

# 1000 Parents

who told us how the Smart Sock changed their lives...

Exhibit 4
Page 15



"The Smart Sock made my nights more peaceful, helped me sleep better and beat my anxiety and the urge of getting up every 30 minutes to check whether my baby was okay."

**READ MORE**

     

# More than a million parents have trusted Owlet to help them keep their baby safe.

## Smart Sock Features



- Tracks Baby's oxygen & heart rate
- Tells you when Baby needs you
- Measures sleep trends
- Fits babies 0 to 18 months
- 16-hour battery + quick charge
- Wireless charging

Exhibit 4
Page 16



"I love this, it's kind of a bit of a genius."

• • • • •

## Smart Sock FAQs

WILL THE SMART SOCK STILL WORK IF MY WI-FI GOES OUT?                                    ⊕

CAN MY BABY WEAR FOOTIE PAJAMAS OR A SWADDLE WITH THE SMART SOCK?                        ⊕

DOES THE SMART SOCK WORK FOR MULTIPLES?                                                 ⊕

DOES THE SMART SOCK WORK THROUGH MOTION?                                                ⊕

CAN I USE THE SMART SOCK WITH A SNOO?                                                   ⊕

WHAT IS THE DIFFERENCE BETWEEN SMART SOCK 2 AND SMART SOCK 3?                           ⊕

WHERE CAN I BUY THE V3?                                                                 ⊕

WHAT IS YOUR 30-NIGHT PEACE OF MIND GUARANTEE?                                          ⊕

WHAT ARE THE TECHNICAL SPECIFICATIONS OF V3?                                            ⊕

## Reviews



**GET HELP**
FIND A STORE
TRACK ORDER
FAQS
RETURNS
SHIPPING
HELP CENTER
CONTACT
DREAM LAB LOGIN

**ABOUT OWLET**
OUR MISSION
CAREERS
STORIES
REVIEWS
PRESS & MEDIA
BLOG
LEGAL
PRIVACY

**FOR PARTNERS**
SMART SOCK FIT & CARE
OWLET PREGNANCY BAND
REGISTRY
RECYCLING PROGRAM
OWLET RESEARCH
WHOLESALE
REGULATORY AND COMPLIANCE

**CONTACT**
Track My Order

(844) 334-5330
contact@owletcare.com
2500 Executive PKWY Suite 500
Lehi, UT 84043
© 2021 Owlet Baby Care

Exhibit 4
Page 17