# EXHIBIT 5

Exhibit 5
Page 18

  https://owletcare.com/pages/owlet-disclaimer Go SEP FEB MAR 05
19 captures



Owlet

SOCK   CAM   MONITOR DUO   DREAM LAB   PREGNANCY BAND   WHY OWLET   SHOP NOW

# Owlet Disclaimer

**WARNING: The Smart Sock is not a medical device.** It is not intended for use as a medical device or to replace a medical device. It does not and is not intended to diagnose, cure, treat, alleviate or prevent any disease or health condition or investigate, replace or modify anatomy or any physiological process.

The Owlet Smart Sock is meant for healthy babies up to 18 months of age and the notification thresholds on the Owlet Smart Sock are not as stringent as a medical monitor.

**Remember**:

This product is only intended to assist you in tracking your baby's well-being and is not intended to replace you as a caregiver. You are responsible for the health and well-being of your baby and following safe sleep, health, and care guidelines.

- Do not use the Smart Sock as a diagnostic tool
- Do not use the Smart Sock if your doctor recommends the use of a hospital pulse oximeter
- Do not use the Smart Sock if your doctor recommends the use of a hospital apnea monitor
- Do not use the Smart Sock as an excuse for unsafe sleep habits
- Do not use the Smart Sock as a replacement for or in lieu of adult care

FREE CHEETAH SOCK SET WITH PURCHASE OF MONITOR DUO OR SMART SOCK — $40 VALUE!

Owlet    SHOP NOW

## Owlet Disclaimer

**WARNING: The Smart Sock is not a medical device.** It is not intended for use as a medical device or to replace a medical device. It does not and is not intended to diagnose, cure, treat, alleviate or prevent any disease or health condition or investigate, replace or modify anatomy or any physiological process.

The Owlet Smart Sock is meant for healthy babies up to 18 months of age and the notification thresholds on the Owlet Smart Sock are not as stringent as a medical monitor.



    

**GET HELP**

FIND A STORE
TRACK ORDER
FAQS
RETURNS
SHIPPING
HELP CENTER
CONTACT
DREAM LAB LOGIN

**ABOUT OWLET**

OUR MISSION
CAREERS
STORIES
REVIEWS
PRESS & MEDIA
BLOG
LEGAL
PRIVACY

**FOR PARTNERS**

SMART SOCK FIT & CARE
OWLET PREGNANCY BAND
REGISTRY
RECYCLING PROGRAM
OWLET RESEARCH
WHOLESALE
REGULATORY AND COMPLIANCE

**CONTACT**

Track My Order

(844) 334-5330
contact@owletcare.com
2500 Executive PKWY Suite 500
Lehi, UT 84043
© 2021 Owlet Baby Care

      

Exhibit 5
Page 19