UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. BUTALA, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>OWLET, INC. f/k/a SANDBRIDGE ACQUISITION CORPORATION, KURT WORKMAN, KATE SCOLNICK, KEN SUSLOW, RICHARD HENRY, DOMENICO DE SOLE, RAMEZ TOUBASSY, JAMIE WEINSTEIN, KRYSTAL KAHLER, and MICHAEL F. GOSS,<br><br>　　　　　　Defendants. | Case No. 2:21-cv-09016-FLA-JEM<br><br>**[PROPOSED] ORDER GRANTING OWLET DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECTION 14(a) COMPLAINT [DKT. 92]** |

On February 9, 2024, Defendants Owlet, Inc. f/k/a Sandbridge Acquisition Corporation, Kurt Workman, and Kate Scolnick ("Owlet Defendants"), filed a Motion to Dismiss Plaintiff's Section 14(a) Complaint.

The court, having considered Owlet Defendants' Motion and finding good cause therefor, hereby GRANTS the Motion and ORDERS as follows:

1. Plaintiff's Complaint is dismissed for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6).

IT IS SO ORDERED.

Dated: February 9, 2024

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

2