UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MICHAEL J. BUTALA, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

OWLET, INC. f/k/a SANDBRIDGE ACQUISITION CORPORATION, KURT WORKMAN, KATE SCOLNICK, KEN SUSLOW, RICHARD HENRY, DOMENICO DE SOLE, RAMEZ TOUBASSY, JAMIE WEINSTEIN, KRYSTAL KAHLER, and MICHAEL F. GOSS,

Defendants.

Case No. 2:21-cv-09016-FLA-JEM

**[PROPOSED] ORDER GRANTING OWLET DEFENDANTS' REQUEST FOR INCORPORATION BY REFERENCE AND JUDICIAL NOTICE IN SUPPORT OF MOTIONS TO DISMISS PLAINTIFF'S SECTION 14(a) COMPLAINT [DKT. 93]**

On February 9, 2024, Defendants Owlet, Inc. f/k/a Sandbridge Acquisition Corporation, Kurt Workman, Kate Scolnick, Ken Suslow, Richard Henry, Domenico De Sole, Ramez Toubassy, Jamie Weinstein, Krystal Kahler, and Michael F. Goss (the "Defendants") filed a Request for Incorporation by Reference and Judicial Notice in Support of their Motions to Dismiss Plaintiff's Section 14(a) Complaint. The Court, having considered the papers submitted by counsel, the applicable law, the relevant

1

pleadings and papers filed in this action, and the arguments of counsel, and finding good cause therefor, will consider Exhibits 1-7 to the Declaration of Colleen C. Smith in connection with Defendants' Motions to Dismiss Plaintiff's Section 14(a) Complaint. The Court hereby GRANTS Defendants' Request for Incorporation by Reference and Judicial Notice in Support of Defendants' Motions to Dismiss Plaintiff's Section 14(a) Complaint and ORDERS as follows:

1. Exhibits 2, 6, and 7 are hereby incorporated by reference and the Court takes judicial notice of them.

2. The Court takes judicial notice of Exhibits 1, 3, 4, 5, 6, and 7.

IT IS SO ORDERED.

Dated: _____                    _____
                                          FERNANDO L. AENLLE-ROCHA
                                          United States District Judge

2