Anne Johnson Palmer (CA Bar No. 302235)
ROPES & GRAY LLP
Three Embarcadero Center
San Francisco, CA 94111-4006
Tel. (415) 315-6300
Fax (415) 315-6350
Email: anne.johnsonpalmer@ropesgray.com

Mark S. Gaioni (CA Bar No. 339118)
ROPES & GRAY LLP
10250 Constellation Blvd.
Los Angeles, CA 90067
Tel: (310) 975-3300
Fax: (310) 975-3400
Email: mark.gaioni@ropesgray.com

Peter Welsh (*pro hac vice pending*)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000
Fax: (617) 951-4888
Email: peter.welsh@ropesgray.com

*Attorneys for Defendants Ken Suslow, Richard Henry, Domenico De Sole, Ramez Toubassy, Jamie Weinstein, Krystal Kahler, and Michael F. Goss*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| MICHAEL J. BUTALA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>OWLET, INC. f/k/a SANDBRIDGE ACQUISITION CORPORATION, KURT WORKMAN, KATE SCOLNICK, KEN SUSLOW, RICHARD HENRY, DOMENICO DE SOLE, RAMEZ TOUBASSY, JAMIE WEINSTEIN, KRYSTAL KAHLER, and MICHAEL F. GOSS,<br><br>Defendants. | Case No. 21-cv-09016-FLA-JEM<br><br>**SANDBRIDGE DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT**<br><br>DATE:  May 31, 2024<br>TIME:  1:30 p.m.<br>CTRM:  6b<br>JUDGE:  Hon. Fernando L. Aenlle-Rocha<br><br>*[Filed concurrently with: Memorandum of Points and Authorities in Support Thereof, Declaration of Anne Johnson Palmer, [Proposed] Order, and Request for Judicial Notice]* |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on May 31, 2024, at 1:30 p.m., or as soon thereafter as the matter may be heard by the Honorable Fernando L. Aenlle-Rocha, Courtroom 6B, 6th Floor, First Street Courthouse, 350 W. 1st Street, Los Angeles, California 90012, Defendants Ken Suslow, Richard Henry, Domenico De Sole, Ramez Toubassy, Jamie Weinstein, Krystal Kahler, and Michael F. Goss (the "Sandbridge Defendants"), will move this Court for an order dismissing the Amended Consolidated Complaint for Violations of the Federal Securities Laws filed by Lead Plaintiff Drew Conant on behalf of the purported Section 14(a) Class pursuant to Federal Rule of Civil Procedure 12(b)(6) and the Private Securities Litigation Reform Act ("PSLRA") for failure to state a claim under Section 14(a) or Section 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act"). This motion is made following the conference of counsel pursuant to L.R. 7-3 which commenced via electronic mail on or before January 31, 2024, and continued through February 7, 2024, via electronic mail, telephone, and Zoom.

In support of this Motion, Sandbridge Director Defendants submit the accompanying Memorandum of Law, Declaration of Anne Johnson Palmer, Request for Judicial Notice, and [Proposed] Order.

Dated: February 9, 2024          Respectfully submitted,

By: _/s/ Anne Johnson Palmer_____
Anne Johnson Palmer (CA Bar No. 302235)
ROPES & GRAY LLP
Three Embarcadero Center
San Francisco, CA 94111-4006
Tel. (415) 315-6300
Fax (415) 315-6350
Email:  anne.johnsonpalmer@ropesgray.com

Peter Welsh (*pro hac vice pending*)
ROPES & GRAY LLP
Prudential Tower

800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000
Fax: (617) 951-4888
Email: peter.welsh@ropesgray.com

Mark S. Gaioni (CA Bar No. 339118)
ROPES & GRAY LLP
10250 Constellation Blvd
Los Angeles, CA 90067
Tel: (310) 975-3300
Fax: (310) 975-3400
Email: mark.gaioni@ropesgray.com

*Attorneys for Defendants Ken Suslow, Richard Henry, Domenico De Sole, Ramez Toubassy, Jamie Weinstein, Krystal Kahler, and Michael F. Goss*

NOTICE OF MOTION AND MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT
CASE NO. 2:21-cv-09016-FLA-JEM

## <u>CERTIFICATE OF SERVICE</u>

**BY CM/ECF TRANSMISSION:** In accordance with the Electronic Case Filing Administrative Policies and Procedures Manual for the United States District Court, Central District of California, the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic filing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 9, 2024, at San Francisco, California.


*/s/ Anne Johnson Palmer*
Anne Johnson Palmer

-3-
NOTICE OF MOTION AND MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT
CASE NO. 2:21-cv-09016-FLA-JEM