Anne Johnson Palmer (CA Bar No. 302235)
ROPES & GRAY LLP
Three Embarcadero Center
San Francisco, CA 94111-4006
Tel. (415) 315-6300
Fax (415) 315-6350
Email: anne.johnsonpalmer@ropesgray.com

Mark S. Gaioni (CA Bar No. 339118)
ROPES & GRAY LLP
10250 Constellation Blvd.
Los Angeles, CA 90067
Tel: (310) 975-3300
Fax: (310) 975-3400
Email: mark.gaioni@ropesgray.com

Peter Welsh (*pro hac vice pending*)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000
Fax: (617) 951-4888
Email: peter.welsh@ropesgray.com

*Attorneys for Defendants Ken Suslow, Richard Henry, Domenico De Sole, Ramez Toubassy, Jamie Weinstein, Krystal Kahler, and Michael F. Goss*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| MICHAEL J. BUTALA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>OWLET, INC. f/k/a SANDBRIDGE ACQUISITION CORPORATION, KURT WORKMAN, KATE SCOLNICK, KEN SUSLOW, RICHARD HENRY, DOMENICO DE SOLE, RAMEZ TOUBASSY, JAMIE WEINSTEIN, KRYSTAL KAHLER, and MICHAEL F. GOSS,<br><br>Defendants. | Case No. 21-cv-09016-FLA-JEM<br><br>**DECLARATION OF ANNE JOHNSON PALMER IN SUPPORT OF SANDBRIDGE DEFENDANTS' MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT**<br><br>DATE:  May 31, 2024<br>TIME:  1:30 PM<br>CTRM:  6b<br>JUDGE:  Hon. Fernando L. Aenlle-Rocha<br><br>*[Filed concurrently with: Notice of Motion and Motion to Dismiss, Memorandum of Points and Authorities in Support Thereof, [Proposed] Order, and Request for Judicial Notice]* |

DECLARATION OF ANNE JOHNSON PALMER IN SUPPORT OF MOTION TO DISMISS AMENDED CLASS
ACTION COMPLAINT
CASE NO. CASE NO. 2:21-cv-09016-FLA-JEM

I, Anne Johnson Palmer, declare as follows:

1. I am a member in good standing of the bar of the State of California and of this Court. I am a partner at the law firm Ropes & Gray LLP.

2. I submit this Declaration in support of the Motion to Dismiss Amended Class Action Complaint filed by Defendants Suslow, Richard Henry, Domenico De Sole, Ramez Toubassy, Jamie Weinstein, Krystal Kahler, and Michael F. Goss (collectively, the "Sandbridge Defendants"). Unless otherwise indicated, I have personal knowledge of the facts stated in this Declaration, and if called upon to do so, could and would competently testify thereto.

2. Attached hereto is a true and correct copy of the following exhibit:

**Exhibit 1**:   Sandbridge Acquisition Corp., Form 8-K, filed with the United States Securities and Exchange Commission on September 18, 2020.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed: February 9, 2024, at San Francisco, California.

*/s/ Anne Johnson Palmer*
Anne Johnson Palmer

-1-

DECLARATION OF ANNE JOHNSON PALMER IN SUPPORT OF MOTION TO DISMISS AMENDED
CLASS ACTION COMPLAINT
CASE NO. 2:21-cv-09016-FLA-JEM