Anne Johnson Palmer (CA Bar No. 302235)
ROPES & GRAY LLP
Three Embarcadero Center
San Francisco, CA 94111-4006
Tel. (415) 315-6300
Fax (415) 315-6350
Email: anne.johnsonpalmer@ropesgray.com

Mark S. Gaioni (CA Bar No. 339118)
ROPES & GRAY LLP
10250 Constellation Blvd.
Los Angeles, CA 90067
Tel: (310) 975-3300
Fax: (310) 975-3400
Email: mark.gaioni@ropesgray.com

Peter Welsh (*pro hac vice pending*)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000
Fax: (617) 951-4888
Email: peter.welsh@ropesgray.com

*Attorneys for Defendants Ken Suslow, Richard Henry, Domenico De Sole, Ramez Toubassy, Jamie Weinstein, Krystal Kahler, and Michael F. Goss*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

MICHAEL J. BUTALA, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

OWLET, INC. f/k/a SANDBRIDGE ACQUISITION CORPORATION, KURT WORKMAN, KATE SCOLNICK, KEN SUSLOW, RICHARD HENRY, DOMENICO DE SOLE, RAMEZ TOUBASSY, JAMIE WEINSTEIN, KRYSTAL KAHLER, and MICHAEL F. GOSS,

Defendants.

Case No. 21-cv-09016-FLA-JEM

**SANDBRIDGE DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT**

DATE:  May 31, 2024
TIME:  1:30 PM
CTRM:  6b
JUDGE:  Hon. Fernando L. Aenlle-Rocha

*[Filed concurrently with: Notice of Motion and Motion to Dismiss, Memorandum of Points and Authorities in Support Thereof, Declaration of Anne Johnson Palmer, and [Proposed] Order]*

**PLEASE TAKE NOTICE**:

Pursuant to Fed. R. Evid. 201(b), Defendants Ken Suslow, Richard Henry, Domenico De Sole, Ramez Toubassy, Jamie Weinstein, Krystal Kahler, and Michael F. Goss (collectively, the "Sandbridge Defendants") request that the Court take judicial notice of the following Exhibit to the Declaration of Anne Johnson Palmer in Support of the Sandbridge Defendants' Motion to Dismiss Amended Class Action Complaint:

**Exhibit 1:   Sandbridge Acquisition Corp. ("Sandbridge"), Form 8-K (filed Sept. 18, 2020),** available on the United States Securities and Exchange Commission ("SEC") online EDGAR database: https://www.sec.gov/Archives/edgar/data/1816708/000114036120020872/ nt10013509x9_form8k.htm

In ruling on a motion to dismiss under Fed. R. Civ. P. 12(b)(6), the Court may look beyond the pleadings to consider "documents incorporated into the complaint by reference, and matters of which a court may take judicial notice." *Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 551 U.S. 308, 322 (2007); *accord Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 998 (9th Cir. 2018), *cert. denied*, 139 S. Ct. 2615 (2019). Fed. R. Evid. 201(b)(2) provides that the Court may take judicial notice of any facts "capable of accurate and ready determination by resort to sources whose accuracy cannot be reasonably questioned." The Court must take judicial notice if a party requests it and supplies the necessary information. Fed. R. Evid. 201(d).

Exhibit 1 is a copy of a Form 8-K filed by Sandbridge with the SEC and made publicly available on the SEC's website. That Form 8-K appends as an exhibit a copy of Sandbridge's Amended and Restated Certificate of Incorporation, dated September 14, 2020 (the "Charter"). Exhibit 1, and the Sandbridge Charter included therein, are appropriate for judicial notice for two reasons.

First, SEC filings like Exhibit 1 are appropriate for judicial notice because they provide facts that are capable of accurate and ready determination by resort to

-1-

sources whose accuracy cannot be reasonably questioned. Fed. R. Evid. 201(b)(2); *see also United States ex rel. Modglin v. DJO Glob. Inc.*, 48 F. Supp. 3d 1362, 1381–82 (C.D. Cal. 2014), *aff'd sub nom. United States v. DJO Glob., Inc.*, 678 F. App'x 594 (9th Cir. 2017) (internal citations omitted) ("Under Rule 201, the court can take judicial notice of '[p]ublic records and government documents available from reliable sources on the Internet,' such as websites run by governmental agencies."). As a result, Courts regularly take judicial notice of records filed with the SEC. *See Dreiling v. Am. Exp. Co.*, 458 F.3d 942, 946 n.2 (9th Cir. 2006) (finding SEC filings subject to judicial notice); *Gerritsen v. Warner Bros. Entm't Inc.*, 112 F. Supp. 3d 1011, 1032 (C.D. Cal. 2015) (taking judicial notice of Form 10-K filed with SEC).

Second, certificates of incorporation such as the Sandbridge Charter included in Exhibit 1 are independently appropriate for judicial notice. *See In re Facebook, Inc. S'holder Derivative Priv. Litig.*, 367 F. Supp. 3d 1108, 1118 (N.D. Cal. 2019) (taking notice of charter provisions on director liability and indemnification, and on forum selection). Specifically, corporate charters are "governing corporate documents that affect[] the legal rights" of directors, and their "provisions have independent legal significance." *Id.* For this reason, "courts routinely consider a company's certificate of incorporation" in assessing arguments regarding the exculpation rights of directors thereunder. *Foss on Behalf of Quality Sys. Inc. v. Barbarosh*, No. SACV1400110CJCJPRX, 2018 WL 5276292, at *4 (C.D. Cal. July 25, 2018) (collecting cases). The Court may therefore take judicial notice of the Sandbridge Charter for this purpose.

For the foregoing reasons, the Sandbridge Defendants hereby request that the Court take judicial notice of Exhibit 1.

SANDBRIDGE DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS
CASE NO. 2:21-cv-09016-FLA-JEM

Dated: February 9, 2024             Respectfully submitted,

By:  /s/ Anne Johnson Palmer
Anne Johnson Palmer (CA Bar No. 302235)
ROPES & GRAY LLP
Three Embarcadero Center
San Francisco, CA 94111-4006
Tel. (415) 315-6300
Fax (415) 315-6350
Email:  anne.johnsonpalmer@ropesgray.com

Peter Welsh (*pro hac vice pending*)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000
Fax: (617) 951-4888
Email: peter.welsh@ropesgray.com

Mark S. Gaioni (CA Bar No. 339118)
ROPES & GRAY LLP
10250 Constellation Blvd
Los Angeles, CA 90067
Tel: (310) 975-3300
Fax: (310) 975-3400
Email: mark.gaioni@ropesgray.com

*Attorneys for Defendants Ken Suslow, Richard Henry, Domenico De Sole, Ramez Toubassy, Jam Weinstein, Krystal Kahler, and Michael F. Goss*

-3-

SANDBRIDGE DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS
CASE NO. 2:21-cv-09016-FLA-JEM

# CERTIFICATE OF SERVICE

**BY CM/ECF TRANSMISSION:** In accordance with the Electronic Case Filing Administrative Policies and Procedures Manual for the United States District Court, Central District of California, the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic filing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 9, 2024, at San Francisco, California.


*/s Anne Johnson Palmer*

Anne Johnson Palmer

SANDBRIDGE DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS

CASE NO. 2:21-cv-09016-FLA-JEM