POMERANTZ LLP
Tamar A. Weinrib
taweinrib@pomlaw.com
600 Third Avenue, 20th floor
New York, New York 10016
Telephone: (646) 581-9973

*Lead Counsel for Lead Plaintiff Drew Conant and the Section 14(a) Class*

*Additional Counsel on Signature Page*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| MICHAEL J. BUTALA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>OWLET, INC. f/k/a SANDBRIDGE ACQUISITION CORPORATION, KURT WORKMAN, KATE SCOLNICK, KEN SUSLOW, RICHARD HENRY, DOMENICO DE SOLE, RAMEZ TOUBASSY, JAMIE WEINSTEIN, KRYSTAL KAHLER, and MICHAEL F. GOSS,<br><br>Defendants. | Case No.: 2:21-cv-09016-FLA-SSC<br><br>**DECLARATION OF TAMAR A. WEINRIB IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO THE SANDBRIDGE DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S 14(a) COMPLAINT**<br><br>Hearing Date: May 31, 2024<br>Time:          1:30 P.M.<br>Courtroom:   6B<br>Judge:        Hon. Fernando L. Aenlle-Rocha |

DECLARATION OF TAMAR A. WEINRIB

I, Tamar A. Weinrib, declare as follows pursuant to 28 U.S.C. ¶ 1746.

1.    I am a member of the New York Bar admitted *pro hac vice* to practice before this Court and am a partner with the law firm of Pomerantz LLP ("Pomerantz" or the "Firm"), Lead Counsel in this matter.  I make this declaration in support of Plaintiffs' Memorandum of Law in Opposition to the Sandbridge Defendants' Motion to Dismiss.

2.    Attached as Exhibit A is a true and correct copy of a Form 8-K filed by Sandbridge Acquisition Corporation with the Securities and Exchange Commission ("SEC") on February 16, 2021, available at https://www.sec.gov/Archives/edgar/data/1816708/000114036121004864/nt10020073x2_8k.htm.

3.    Attached as Exhibit B is a true and correct copy of a Form 425 filed by Sandbridge Acquisition Corporation with the SEC on May 3, 2021, available at https://www.sec.gov/Archives/edgar/data/1816708/000114036121015547/nt10020073x11_425.htm

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 22, 2024

*/s/ Tamar A. Weinrib*
Tamar A. Weinrib

DECLARATION OF TAMAR A. WEINRIB
1