POMERANTZ LLP
Tamar A. Weinrib
taweinrib@pomlaw.com
600 Third Avenue, 20th floor
New York, New York 10016
Telephone: (646) 581-9973

*Lead Counsel for Lead Plaintiff Drew Conant and the Section 14(a) Class*

*Additional Counsel on Signature Page*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

|  |  |
|---|---|
| MICHAEL J. BUTALA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>OWLET, INC. f/k/a SANDBRIDGE ACQUISITION CORPORATION, KURT WORKMAN, KATE SCOLNICK, KEN SUSLOW, RICHARD HENRY, DOMENICO DE SOLE, RAMEZ TOUBASSY, JAMIE WEINSTEIN, KRYSTAL KAHLER, and MICHAEL F. GOSS,<br><br>Defendants. | Case No.: 2:21-cv-09016-FLA-SSC<br><br>**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE**<br><br>Hearing Date: May 31, 2024<br>Time:          1:30 P.M.<br>Courtroom:   6B<br>Judge:         Hon. Fernando L. Aenlle-Rocha |

REQUEST FOR JUDICIAL NOTICE

## I.    INTRODUCTION

Lead Plaintiff Drew Conant ("Plaintiffs") respectfully requests that the Court take judicial notice of the exhibits listed below and appended to the Declaration of Tamar A. Weinrib in Support of Plaintiff's Memorandum of Points and Authorities in Opposition to the Sandbridge Defendants' Motion to Dismiss Plaintiff's 14(a) Complaint, filed contemporaneously herewith ("Weinrib Decl.").

## II.    ARGUMENT

Though district courts generally may not consider material outside the pleadings when assessing the sufficiency of a complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure, there are two exceptions: the incorporation-by-reference doctrine, and judicial notice under Federal Rule of Evidence 201. *Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 998 (9th Cir. 2018).  Under the incorporation by reference doctrine, courts are permitted to consider documents incorporated by reference in the complaint as though they are part of the complaint itself. *Id.* at 1002. Under Rule 201, courts can take judicial notice of adjudicative facts that are "not subject to reasonable dispute." Fed. R. Evid. 201(b). A fact is "not subject to reasonable dispute" if it is "generally known," or "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(1)-(2).  Accordingly, "[a] court may take judicial notice of matters of public record without converting a motion to dismiss into a motion for summary judgment."  *Khoja*, 899 F.3d at 999 (internal citation omitted).

REQUEST FOR JUDICIAL NOTICE
1

The following exhibits appended to the Weinrib Decl. are filings with the Securities and Exchange Commission and are thus a matter of public record for which courts routinely take judicial notice pursuant to Fed. R. Evid. 201(b). *See McGhee v. N. Am. Bancard LLC*, 2020 U.S. Dist. LEXIS 108778, \*4 (S.D. Ca. 2020).

| Weinrib Decl., Ex. A | Form 8-K filed by Sandbridge Acquisition Corporation with the Securities and Exchange Commission ("SEC") on February 16, 2021, available at https://www.sec.gov/Archives/edgar/data/1816708/000114036121004864/nt10020073x2_8k.htm. |
|---|---|
| Weinrib Decl., Ex. B | Form 425 filed by Sandbridge Acquisition Corporation with the SEC on May 3, 2021, available at https://www.sec.gov/Archives/edgar/data/1816708/000114036121015547/nt10020073x11_425.htm |

## III.    CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the Court consider Weinrib Decl. Exhibits A-B under Federal Rule of Evidence 201.

Dated: March 22, 2024                          Respectfully submitted,

                                               **POMERANTZ LLP**

                                               By: /s/ Tamar A. Weinrib
                                               Tamar A. Weinrib
                                               600 Third Avenue, 20th Floor
                                               New York, NY 10016
                                               Telephone: (646) 581-9973
                                               Facsimile: (917) 463-1044
                                               taweinrib@pomlaw.com

                                               Jennifer Pafiti (SBN 282790)
                                               1100 Glendon Avenue, 15th Floor
                                               Los Angeles, California 90024
                                               Telephone: (310) 405-7190
                                               jpafiti@pomlaw.com

*Lead Counsel for Lead Plaintiff and the Section 14(a) Class*