

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. BUTALA, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>        vs.<br><br>OWLET, INC. f/k/a SANDBRIDGE ACQUISITION CORPORATION, et al.,<br><br>                    Defendants. | Case No. 2:21-cv-09016-FLA(SSCx)<br><br>Consolidated with Case No. 2:21-cv-09293-FLA (JEMx)<br><br><u>CLASS ACTION</u><br><br>[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECTION 10(b) COMPLAINT |

4869-3587-0384.v1

On February 9, 2024, Defendants Owlet, Inc. f/k/a Sandbridge Acquisition Corporation and Kurt Workman ("Defendants") filed a Motion to Dismiss Plaintiff's Section 10(b) Complaint ("Motion") (ECF 90).  On March 22, 2024, Lead Plaintiff Dr. Thomas E. Tweito ("Plaintiff") filed a Memorandum of Points and Authorities in Opposition to Defendants' Motion to Dismiss Plaintiff's Section 10(b) Complaint (the "Opposition").

The Court, having considered the papers submitted by counsel, the applicable law, the relevant pleadings and papers filed in this action, and the arguments of counsel in support of and in opposition to Defendants' Motion, and finding good cause therefor, hereby DENIES Defendants' Motion and ORDERS as follows:

1.    The Consolidated Complaint for Violations of the Federal Securities Laws ("Complaint") (ECF 79) sufficiently states claims against Defendants under §§10(b) and 20(a) of the Securities Exchange Act of 1934; and

2.    Defendants shall answer Plaintiff's Complaint within 30 days after the date of this Order.

IT IS SO ORDERED.

DATED: _____        _____

THE HONORABLE FERNANDO L. AENLLE-ROCHA
UNITED STATES DISTRICT JUDGE

- 1 -

4869-3587-0384.v1