UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. BUTALA, Individually and on Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>   vs.<br><br>OWLET, INC. f/k/a SANDBRIDGE ACQUISITION CORPORATION, et al.,<br><br>                  Defendants. | Case No. 2:21-cv-09016-FLA(SSCx)<br><br>Consolidated with Case No. 2:21-cv-09293-FLA (JEMx)<br><br><u>CLASS ACTION</u><br><br>[PROPOSED] ORDER DENYING DEFENDANTS' REQUEST FOR INCORPORATION BY REFERENCE AND JUDICIAL NOTICE IN SUPPORT OF OWLET DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECTION 10(b) COMPLAINT |

On February 9, 2024, Defendants Owlet, Inc. f/k/a Sandbridge Acquisition Corporation and Kurt Workman ("Defendants") filed a Request for Incorporation by Reference and Judicial Notice in Support of Owlet Defendants' Motion to Dismiss Plaintiff's Section 10(b) Complaint ("Request") (ECF 91).

The Court, having considered the papers submitted by counsel, the applicable law, the relevant pleadings and papers filed in this action, and the arguments of counsel, and finding good cause therefor, hereby DENIES the Request and ORDERS as follows:

1. The Court will not take judicial notice of Exhibits 1, 3, 4, and 5; and

2. Exhibit 2 was not incorporated by reference in the Consolidated Complaint for Violations of the Federal Securities Laws (ECF 79), and the Court will not take judicial notice of it.

IT IS SO ORDERED.

DATED: _____   _____
THE HONORABLE FERNANDO L.
AENLLE-ROCHA
UNITED STATES DISTRICT JUDGE

- 1 -

4854-5148-1520.v1