LATHAM & WATKINS LLP
  Colleen C. Smith (CA Bar No. 231216)
    *colleen.smith@lw.com*
12670 High Bluff Drive
San Diego, CA 92130
Telephone: +1.858.523.5400
Facsimile: +1.858.523.5450

  Meryn C. N. Grant (CA Bar No. 291315)
    *meryn.grant@lw.com*
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-1560
Telephone: +1.213.485.1234
Facsimile: +1.213.891.8763

  Michele D. Johnson (CA Bar No. 198298)
    *michele.johnson@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Telephone: +1.714.540.1235
Facsimile: +1.714.755.8290

  Christopher S. Turner (*Pro Hac Vice*)
    *christopher.turner@lw.com*
555 Eleventh Street, Suite 1000
Washington, DC 20004-1304
Telephone: + 1.202.637.2200
Facsimile: +1.202.637.2201

*Attorneys for Defendants Owlet, Inc. f/k/a
Sandbridge Acquisition Corporation and Kurt
Workman*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| MICHAEL J. BUTALA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>OWLET, INC. f/k/a SANDBRIDGE ACQUISITION CORPORATION and KURT WORKMAN,<br><br>Defendants. | Case No. 2:21-cv-09016-FLA-SSCx<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR RECONSIDERATION**<br><br>Hon. Fernando L. Aenlle-Rocha<br><br>Hearing Date: September 20, 2024<br><br>Hearing Time: 1:30pm<br><br>Courtroom: 6B |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

1

Case No. 2:21-cv-09016-FLA-SSCx
DEFENDANTS' NOTICE OF MOTION AND
MOTION FOR RECONSIDERATION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that on September 20, 2024 at 1:30 p.m., or as soon thereafter as the matter may be heard before the Honorable Fernando L. Aenlle-Rocha, United States District Judge, in Courtroom 6B of the above-captioned court, located at 350 West 1st Street, Los Angeles, California, 90012, Defendants Owlet, Inc. and Kurt Workman, (collectively, "Defendants") will and do hereby move the Court to reconsider its ruling (ECF No. 124) denying Defendants' Motion to Dismiss (ECF No. 90), pursuant to Local Civil Rule 7-18(b) as well as Federal Rules of Civil Procedure 54(b) and 60(b), and for an order granting, in whole or in part, Defendants' Motion to Dismiss. This motion is based on (1) this Notice of Motion and Motion, (2) the Memorandum of Points and Authorities, (3) all other papers submitted in support of the Motion, (4) the records on file in this case, (5) the arguments of counsel, and (6) any other matter that the Court may properly consider, or that may be presented to the Court at the hearing.

This motion is made following the conference of counsel pursuant to Local Civil Rule 7-3, which took place on August 9, 2024 and August 12, 2024.

Dated: August 19, 2024

Respectfully submitted,

LATHAM & WATKINS LLP

By: /s/ Colleen C. Smith
Colleen C. Smith

*Attorney for Defendants Owlet, Inc. f/k/a Sandbridge Acquisition Corporation and Kurt Workman*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

2

Case No. 2:21-cv-09016-FLA-SSCx
DEFENDANTS' NOTICE OF MOTION AND
MOTION FOR RECONSIDERATION