UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MICHAEL J. BUTALA, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

OWLET, INC. f/k/a SANDBRIDGE ACQUISITION CORPORATION and KURT WORKMAN,

Defendants.

Case No. 2:21-cv-09016-FLA-SSCx

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR RECONSIDERATION [DKT. 127]**

On August 19, 2024, Defendants Owlet, Inc., and Kurt Workman filed a Motion for Reconsideration of the denial of their Motion to Dismiss the Consolidated Complaint for Violations of the Federal Securities Laws.

The court, having considered Defendants' Motion and finding good cause therefor, hereby **GRANTS** the Motion and **ORDERS** as follows:

1. Defendants' Motion for Reconsideration is **GRANTED** in its entirety. and

2. Defendants' Motion to Dismiss is **GRANTED** as to Plaintiff's claims based upon challenged statements made by pre-merger Owlet.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

1

**IT IS SO ORDERED**.

Dated: _____          _____
FERNANDO L. AENLLE-ROCHA
United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

2