**KESSLER TOPAZ**
  **MELTZER & CHECK, LLP**
JENNIFER L. JOOST (Bar No. 296164)
jjoost@ktmc.com
One Sansome Street, Suite 1850
San Francisco, CA 94101
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

[Additional Counsel on signature page.]

*Counsel for Lead Plaintiff Dr. Thomas E. Tweito*
*Lead Counsel for the Section 10(b) Class*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| MICHAEL J. BUTALA, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> OWLET, INC. f/k/a SANDBRIDGE ACQUISITION CORPORATION, KURT WORKMAN, KATE SCOLNICK, KEN SUSLOW, DOMENICO DE SOLE, RAMEZ TOUBASSY, JAMIE WEINSTEIN, KRYSTAL KAHLER, and MICHAEL F. GOSS, <br><br> Defendants. | Case No. 2:21-cv-09016 FLA (SSCx) <br><br> <u>CLASS ACTION</u> <br><br> **DECLARATION OF JENNIFER L. JOOST IN SUPPORT OF LEAD PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR RECONSIDERATION** <br><br> Date:    September 20, 2024 <br> Time:    1:30 p.m. <br> Crtrm.:  6B <br> Judge:   Hon. Fernando L. Aenlle-Rocha |

**Case No. 2:21-cv-09016 FLA (SSCx)**

DECLARATION OF JENNIFER L. JOOST IN SUPPORT OF LEAD PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR RECONSIDERATION

I, Jennifer L. Joost, hereby declare as follows:

1.      I am a partner of the law firm Kessler Topaz Meltzer & Check, LLP, counsel of record for Lead Plaintiff in the above captioned action. I make this Declaration in support of Lead Plaintiff's Opposition to Defendants' Motion for Reconsideration. I have knowledge of the facts set forth herein and, if required, could and would competently testify thereto.

2.      Attached hereto are true and correct copies of the following exhibits:

| Ex. No. | Description of Exhibit |
|---------|------------------------|
| 1. | Excerpts of June 21, 2021 Prospectus filed with the SEC on Form 424(b)(3) by Sandbridge Acquisition Company in coordination with Owlet, Inc. |
| 2. | Excerpts of August 5, 2021 Registration Statement filed with the SEC on Form S-1 by Owlet, Inc. |
| 3. | Excerpts of July 21, 2021 Form 8-K filed with the SEC by Owlet, Inc. |
| 4. | Excerpts of July 21, 2021 Form 8-K/A filed with the SEC by Owlet, Inc. |
| 5. | Excerpts of August 16, 2021 Form 10-Q filed with the SEC by Owlet, Inc. |
| 6. | Excerpts of August 19, 2021 Form S-1/A filed with the SEC by Owlet, Inc. |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 30, 2024, at San Francisco, California.

*/s/ Jennifer L. Joost*
JENNIFER L. JOOST

DECLARATION OF JENNIFER L. JOOST IN SUPPORT OF LEAD PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR RECONSIDERATION