# EXHIBIT 2

Exhibit 2
Page 16

**Table of Contents**

**Index to Financial Statements**

As filed with the Securities and Exchange Commission on August 5, 2021

Registration No. 333-

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, D.C. 20549

# FORM S-1
# REGISTRATION STATEMENT
### *UNDER*
### *THE SECURITIES ACT OF 1933*

# Owlet, Inc.
**(Exact name of registrant as specified in its charter)**

| Delaware | 7370 | 85-1615012 |
|---|---|---|
| **(State or other jurisdiction of incorporation or organization)** | **(Primary Standard Industrial Classification Code Number)** | **(I.R.S. Employer Identification No.)** |

**2500 Executive Parkway, Ste. 500**
**Lehi, Utah 84043**
**(844) 334-5330**
**(Address, including zip code, and telephone number, including area code, of registrant's principal executive offices)**

**Kurt Workman, Chief Executive Officer**
**2500 Executive Parkway, Ste. 500**
**Lehi, Utah 84043**
**(844) 334-5330**
**(Name, address, including zip code, and telephone number, including area code, of agent for service)**

*Copies to:*
**Benjamin Potter**
**Ryan Maierson**
**Drew Capurro**
**Latham & Watkins LLP**
**140 Scott Drive**
**Menlo Park, California 94025**
**(650) 328-4600**

**Approximate date of commencement of proposed sale to the public:**
**As soon as practicable after the effective date of this Registration Statement.**

If any of the securities being registered on this Form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act of 1933, check the following box.  ☒

If this Form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering.  ☐

**Exhibit 2**
**Page 17**

**Table of Contents**

**Index to Financial Statements**

| Exhibit | | Form | Exhibit | Filing Date |
|---|---|---|---|---|
| | | **Incorporated by Reference** | | |
| 2.1† | Business Combination Agreement, dated as of February 15, 2021, by and among the Registrant, Project Olympus Merger Sub, Inc. and Owlet Baby Care Inc. (incorporated by reference to Exhibit 2.1 of the Registrant's Current Report on Form 8-K, filed with the SEC on February 16, 2021). | 8-K | 2.1 | 2/16/2021 |
| 3.1 | Second Amended and Restated Certificate of Incorporation of Owlet, Inc. | S-4 | 3.3 | 3/31/2021 |
| 3.2 | Amended and Restated Bylaws of Owlet, Inc. | S-4 | 3.4 | 3/31/2021 |
| 4.1 | Warrant Agreement, dated as of September 14, 2020, by and between the Company and Continental Stock Transfer & Trust Company, as Warrant agent. | 8-K | 4.1 | 9/18/2020 |
| 4.2 | Specimen Warrant Certificate. | S-1 | 4.3 | 9/1/2020 |
| 5.1 | Opinion of Latham & Watkins LLP. | | | * |
| 10.1 | Form of Indemnification Agreement. | S-4 | 10.16 | 5/28/2021 |
| 10.2† | Amended and Restated Registration Rights Agreement, by and among Owlet, Inc. and the holders party thereto. | 8-K | 10.2 | 7/21/2021 |
| 10.3 | Form of Subscription Agreement. | 8-K | 10.1 | 2/16/2021 |
| 10.4 | Sponsor Letter Agreement, dated as of February 15, 2021, by and among Sandbridge Acquisition Holdings, LLC, certain initial stockholders of Sandbridge and Owlet, Inc. | 8-K | 10.2 | 2/16/2021 |
| 10.5+ | Owlet, Inc. 2021 Incentive Award Plan. | 8-K | 10.5 | 7/21/2021 |
| 10.6+ | Owlet, Inc. 2021 Employee Stock Purchase Plan. | 8-K | 10.6 | 7/21/2021 |
| 10.7+ | Owlet Baby Care Inc. 2014 Equity Incentive Plan. | S-4 | 10.7 | 3/31/2021 |
| 10.7(a)+ | Form of Owlet Baby Care Inc. Stock Option Grant Notice under the 2014 Equity Incentive Plan. | S-4 | 10.7(a) | 3/31/2021 |
| 10.7(b)+ | Form of Restricted Stock Grant Agreement Award Notice under the 2014 Equity Incentive Plan. | S-4 | 10.7(b) | 3/31/2021 |
| 10.7(c)+ | Form of Restricted Stock Unit Award Agreement under the 2014 Equity Incentive Plan. | S-4 | 10.7(c) | 3/31/2021 |

II-3

**Exhibit 2**
**Page 18**