# EXHIBIT 3

Exhibit 3
Page 19

8-K 1 ny20000049x1_8k.htm FORM 8-K

---

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 8-K

**CURRENT REPORT**
**PURSUANT TO SECTION 13 OR 15(d)**
**OF THE SECURITIES EXCHANGE ACT OF 1934**

**Date of Report (Date of earliest event reported): July 15, 2021**

# Owlet, Inc.

**(Exact name of registrant as specified in its charter)**

| Delaware | 001-39516 | 85-1615012 |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (I.R.S. Employer Identification No.) |

**2500 Executive Parkway, Ste. 500**
**Lehi, Utah**     **84043**
**(Address of principal executive offices)**     **(Zip Code)**

**(844) 334-5330**
**(Registrant's telephone number, including area code)**

**Sandbridge Acquisition Corporation**
**1999 Avenue of the Stars, Ste. 2088**
**Los Angeles, CA 90067**
**(Former name or former address, if changed since last report)**

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐    Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐    Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐    Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐    Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common stock, $0.0001 par value per share | OWLT | New York Stock Exchange |
| Warrants to purchase common stock | OWLT WS | New York Stock Exchange |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (Sec.230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (Sec.240.12b-2 of this chapter).

Emerging growth company ☒

**Exhibit 3**
**Page 20**

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Exhibit 3**
**Page 21**

*Stockholders Agreement*

On July 15, 2021, in connection with the consummation of the Business Combination and as contemplated by the Business Combination Agreement, Owlet and certain former stockholders of Old Owlet entered into the Stockholders Agreement (the "Stockholders Agreement"). The material terms of the Stockholders Agreement are described in the section of the Proxy Statement/Prospectus beginning on page 129 titled "*Related Agreements—Stockholders Agreement*." Such description is qualified in its entirety by the text of the Stockholders Agreement, which is included as Exhibit 10.8 to this Report and is incorporated herein by reference.

**Item 2.01 Completion of Acquisition or Disposition of Assets.**

As described above, on July 14, 2021, SBG held the Special Meeting, at which the SBG stockholders considered and adopted, among other matters, a proposal to approve the Business Combination Agreement and the Transactions. On July 15, 2021, the parties consummated the Business Combination. In connection with the Closing, the Company changed its name from Sandbridge Acquisition Corporation to Owlet, Inc.

Holders of 19,758,773 shares of Sandbridge Class A common stock sold in its initial public offering (the "Initial Shares") properly exercised their right to have such shares redeemed for a full pro rata portion of the trust account holding the proceeds from SBG's initial public offering, calculated as of two business days prior to the consummation of the business combination, which was approximately $10.00 per share, or $197,587,730 in the aggregate.

As a result of the Business Combination, each share of Old Owlet preferred stock and common stock was converted into the right to receive approximately 2.053 shares of Owlet's common stock, par value $0.0001 per share ("Common Stock").

Additionally, the shares of Sandbridge Class B common stock held by Sponsor automatically converted to 5,750,000 shares of Common Stock (of which 2,807,500 shares are subject to vesting under certain conditions).

Pursuant to subscription agreements entered into in connection with the Business Combination Agreement (collectively, the "Subscription Agreements"), certain investors agreed to subscribe for an aggregate of 13,000,000 newly-issued shares of Common Stock at a purchase price of $10.00 per share for an aggregate purchase price of $130,000,000 (the "PIPE Investment"). At the Closing, Owlet consummated the PIPE Investment.

After giving effect to the Transactions, the redemption of Initial Shares as described above, and the consummation of the PIPE Investment, there are currently 112,782,800 shares of Common Stock issued and outstanding. An aggregate of 496,717 vested options to purchase shares of common stock, par value $0.0001 per share, of Old Owlet, at a value of approximately $20.53 per share for an aggregate value of $9,889,734.01, net of exercise price of certain Cash Elected Options, were tendered by the option holders for the Cash Election Consideration in connection with the Closing, as further described in the Proxy Statement/Prospectus.

The Common Stock and warrants commenced trading on the New York Stock Exchange ("NYSE") under the symbols "OWLT" and "OWLT WS," respectively, on July 16, 2021, subject to ongoing review of Owlet's satisfaction of all listing criteria following the Business Combination.

As noted above, an aggregate of $197,587,730 was paid from the Company's trust account to holders that properly exercised their right to have Initial Shares redeemed, and the remaining balance immediately prior to the Closing of approximately $32.4 million remained in the trust account. The remaining amount in the trust account was used to fund the Business Combination.

### FORM 10 INFORMATION

Item 2.01(f) of Form 8-K provides that if the predecessor registrant was a "shell company" (as such term is defined in Rule 12b-2 under the Securities Exchange Act of 1934, as amended (the "Exchange Act")), as SBG was immediately before the Business Combination, then the registrant must disclose the information that would be required if the registrant were filing a general form for registration of securities on Form 10. As a result of the consummation of the Business Combination, and as discussed below in Item 5.06 of this Report, the Company has ceased to be a shell company. Accordingly, the Company is providing the information below that would be included in a Form 10 if it were to file a Form 10. Please note that the information provided below relates to the combined company after the consummation of the Business Combination, unless otherwise specifically indicated or the context otherwise requires.

**Exhibit 3**
**Page 22**

**Cautionary Note Regarding Forward-Looking Statements**

This Report includes statements that express Owlet's opinions, expectations, beliefs, plans, objectives, assumptions or projections regarding future events or future results and therefore are, or may be deemed to be, "forward-looking statements." These forward-looking statements can generally be identified by the use of forward-looking terminology, including the terms "believes," "estimates," "anticipates," "expects," "seeks," "projects," "intends," "plans," "may" or "should" or, in each case, their negative or other variations or comparable terminology. These forward-looking statements include all matters that are not historical facts. They appear in a number of places throughout this Report (including in information that is incorporated by reference into this Report) and include statements regarding our intentions, beliefs or current expectations concerning, among other things, the Transactions and the benefits of the Transactions, including results of operations, financial condition, liquidity, prospects, growth, strategies and the markets in which Owlet operates. Such forward-looking statements are based on available current market material and management's expectations, beliefs and forecasts concerning future events impacting Owlet. Factors that may impact such forward-looking statements include:

- the impact of the COVID-19 pandemic on the financial condition and results of operations of Owlet;

- any defects in new products or enhancements to existing products;

- Owlet's future capital needs following the Business Combination;

- Owlet's ability to develop additional products and product offerings;

- the ability of Owlet to maintain an effective system of internal control over financial reporting;

- the ability of Owlet to maintain and protect its intellectual property;

- the ability of Owlet to grow market share in its existing markets or any new markets it may enter;

- Owlet's reliance on single-source suppliers and third-party manufacturers;

- litigation, complaints, product liability claims and/or adverse publicity;

- privacy and data protection laws, privacy or data breaches, or the loss of data;

- the impact of changes in customer spending patterns, customer preferences, local, regional and national economic conditions, crime, weather, demographic trends and employee availability;

- the ability of Owlet to manage its growth effectively;

- the ability of Owlet to achieve and maintain profitability in the future;

- the success of strategic relationships with third parties;

- the ability of Owlet to maintain the listing of the Common Stock and warrants of Owlet on NYSE;

- the ability of Owlet to remediate existing and potential future material weaknesses in Owlet's internal control over financial reporting and to maintain effective internal control over financial reporting, which, if unsuccessful, may result in material misstatements of Owlet's consolidated financial statements or failure to meet periodic reporting obligations or impair access to the capital markets;

- other factors detailed under the section titled "*Risk Factors*" beginning on page 36 of the Proxy Statement/Prospectus and incorporated herein by reference.

**Exhibit 3**
**Page 23**

The foregoing list of factors is not exhaustive. You should carefully consider the foregoing factors and the other risks and uncertainties described in the "*Risk Factors*" section of the other documents filed by Owlet from time to time with the SEC. The forward-looking statements contained in this Report and in any document incorporated by reference are based on current expectations and beliefs concerning future developments and their potential effects on Owlet. There can be no assurance that future developments affecting Owlet will be those that Owlet has anticipated. Owlet undertakes no obligation to update or revise any forward-looking statements, whether as a result of new information, future events or otherwise, except as may be required under applicable securities laws.

### Business

Owlet's business is described in the Proxy Statement/Prospectus in the section titled "*Information Related to Owlet*" beginning on page 174, which is incorporated herein by reference.

### Risk Factors

The risks associated with Owlet's business are described in the Proxy Statement/Prospectus in the section titled "*Risk Factors*" beginning on page 36 and are incorporated herein by reference. A summary of the risks associated with Owlet's business is also included on pages 25-26 of the Proxy Statement/Prospectus under the heading "*Summary of Risk Factors*" and are incorporated herein by reference.

### Financial Information

The (i) unaudited condensed consolidated financial statements of Old Owlet as of March 31, 2021 and for the periods ended March 31, 2021 and 2020 and (ii) audited consolidated financial statements of Old Owlet as of and for the years ended December 31, 2020 and 2019 are included in the Proxy Statement/Prospectus beginning on pages F-43 and F-59, respectively, of the Proxy Statement/Prospectus, which are incorporated herein by reference.

The unaudited pro forma condensed combined financial information of SBG and Old Owlet as of and for the three months ended March 31, 2021 and for the year ended December 31, 2020 is set forth in Exhibit 99.1 hereto and is incorporated herein by reference.

### Management's Discussion and Analysis of Financial Condition and Results of Operations

Management's discussion and analysis of the financial condition and results of operation of Old Owlet is included in the Proxy Statement/Prospectus in the section titled "*Management's Discussion and Analysis of Financial Condition and Results of Operations of Owlet*" beginning on page 193 of the Proxy Statement/Prospectus, which is incorporated herein by reference.

### Quantitative and Qualitative Disclosures about Market Risk

Management's discussion and analysis of the quantitative and qualitative disclosures about market risk is included in the Proxy Statement/Prospectus in the section titled "*Management's Discussion and Analysis of Financial Condition and Results of Operations of Owlet—Quantitative and Qualitative Disclosures about Market Risk*" beginning on page 209, which is incorporated herein by reference.

### Properties

The Company's facilities are described in the Proxy Statement/Prospectus in the section titled "*Information Related to Owlet—Facilities*" on page 192 and is incorporated herein by reference.

**Exhibit 3**
**Page 24**

The information in this Item 7.01, including Exhibit 99.2, is furnished and shall not be deemed "filed" for purposes of Section 18 of the Exchange Act, or otherwise subject to liabilities under that section, and shall not be deemed to be incorporated by reference into the filings of the registrant under the Securities Act of 1933, as amended, or the Exchange Act, regardless of any general incorporation language in such filings. This Report will not be deemed an admission as to the materiality of any information contained in this Item 7.01, including Exhibit 99.2.

**Item 9.01. Financial Statements and Exhibits.**

(a) Financial statements of businesses acquired.

The (i) unaudited condensed consolidated financial statements of Old Owlet as of March 31, 2021 and for the periods ended March 31, 2021 and 2020 and (ii) audited consolidated financial statements of Old Owlet as of and for the years ended December 31, 2020 and 2019 are included in the Proxy Statement/Prospectus beginning on pages F-43 and F-59, respectively, of the Proxy Statement/Prospectus, which are incorporated herein by reference.

(b) Pro forma financial information.

The unaudited pro forma condensed combined financial information of SBG and Old Owlet as of and for the three months ended March 31, 2021 and for the year ended December 31, 2020 is set forth in Exhibit 99.1 hereto and is incorporated herein by reference.

(d) Exhibits.

| Exhibit No. | Description |
| --- | --- |
| 2.1† | Business Combination Agreement, dated as of February 15, 2021, by and among the Registrant, Project Olympus Merger Sub, Inc. and Owlet Baby Care Inc. (incorporated by reference to Exhibit 2.1 of the Registrant's Current Report on Form 8-K, filed with the SEC on February 16, 2021). |
| 3.1 | Amended and Restated Certificate of Incorporation of Owlet, Inc. (incorporated by reference to Exhibit 3.3 to the Registration Statement on Form S-4 (File No. 333-254888) March 31, 2021). |
| 3.2 | Bylaws of Owlet, Inc. (incorporated by reference to Exhibit 3.4 to the Registration Statement on Form S-4 (File No. 333-254888) filed on March 31, 2021). |
| 4.1 | Warrant Agreement, dated September 14, 2020, between Sandbridge Acquisition Corp. and Continental Stock Transfer & Trust Company (incorporated by reference to Exhibit 4.1 to the Current Report on Form 8-K filed on September 18, 2020). |
| 4.2 | Specimen Warrant Certificate of the Registrant (incorporated by reference to Exhibit 4.3 to the Registrant's Registration Statement on Form S-1 (File No. 333-254888), filed on September 1, 2020). |
| 10.1 | Form of Indemnification Agreement (incorporated by reference to Exhibit 10.16 to the Registration Statement on Form S-4 (File No. 333-254888), filed on May 28, 2021). |
| 10.2† | Amended and Restated Registration Rights Agreement, by and among Owlet, Inc. and the holders party thereto. |
| 10.3 | Form of Subscription Agreement (incorporated by reference to Exhibit 10.1 of the Registrant's Current Report on Form 8-K, filed with the SEC on February 16, 2021). |
| 10.4 | Sponsor Letter Agreement, dated as of February 15, 2021, by and among Sandbridge Acquisition Holdings LLC, certain initial stockholders of the Sandbridge and Owlet, Inc. (incorporated by reference to Exhibit 10.2 of the Registrant's Form 8-K, filed with the SEC on February 16, 2021). |
| 10.5+ | Owlet, Inc. 2021 Incentive Award Plan. |
| 10.6+ | Owlet, Inc. 2021 Employee Stock Purchase Plan. |
| 10.7+ | Owlet Baby Care Inc. 2014 Equity Incentive Plan (incorporated by reference to Exhibit 10.7 to the Registration Statement on Form S-4 (File No. 333-254888), filed on March 31, 2021). |
| 10.7(a)+ | Form of Owlet Baby Care Inc. Stock Option Grant Notice under the 2014 Equity Incentive Plan (incorporated by reference to Exhibit 10.7(a) to the Registration Statement on Form S-4 (File No. 333-254888) filed on March 31, 2021). |

**Exhibit 3**
**Page 25**