**KESSLER TOPAZ**
  **MELTZER & CHECK, LLP**
JENNIFER L. JOOST (Bar No. 296164)
jjoost@ktmc.com
One Sansome Street, Suite 1850
San Francisco, CA 94101
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

[Additional Counsel on signature page.]

*Counsel for Lead Plaintiff Dr. Thomas E. Tweito*
*Lead Counsel for the Section 10(b) Class*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| MICHAEL J. BUTALA, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> OWLET, INC. f/k/a SANDBRIDGE ACQUISITION CORPORATION, KURT WORKMAN, KATE SCOLNICK, KEN SUSLOW, DOMENICO DE SOLE, RAMEZ TOUBASSY, JAMIE WEINSTEIN, KRYSTAL KAHLER, and MICHAEL F. GOSS, <br><br> Defendants. | Case No. 2:21-cv-09016 FLA (SSCx) <br><br> <u>CLASS ACTION</u> <br><br> **LEAD PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION FOR RECONSIDERATION** <br><br> Date:    September 20, 2024 <br> Time:    1:30 p.m. <br> Crtrm.:  6B <br> Judge:   Hon. Fernando L. Aenlle-Rocha |

Case No. 2:21-cv-09016 FLA (SSCx)

LEAD PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION FOR RECONSIDERATION

Pursuant to Rule 201 of the Federal Rules of Evidence and the authorities cited below, Lead Plaintiff Dr. Thomas E. Tweito respectfully requests that, in support of his concurrently filed Memorandum of Points and Authorities in Opposition to Defendants' Motion for Reconsideration of the Order Denying Owlet Defendants' Motions to Dismiss filed August 19, 2024 (Dkt. 127), the Court take judicial notice of, or incorporate by reference, Exhibits 1 through 6 attached to the Declaration of Jennifer L. Joost ("Joost Decl.").

## I.    LEGAL STANDARD

Under Federal Rule of Evidence 201, courts "may judicially notice a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). As relevant here, it is "well-established that courts may take judicial notice of SEC filings." *In re New Century*, 588 F. Supp. 2d 1206, 1219 (C.D. Cal. 2008); *see also Dreiling v. Am. Exp. Co.*, 458 F.3d 942, 946 n.2 (9th Cir. 2006) (when deciding a motion to dismiss, a court may consider "any matter subject to judicial notice, such as SEC filings"). Alternatively, the incorporation by reference doctrine permits a court to consider a document "if the plaintiff refers extensively to the document or the document forms the basis of the plaintiff's claim." *Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 1002 (9th Cir. 2018).

## II.    ARGUMENT

Lead Plaintiff requests that the Court take judicial notice of, or incorporate by reference, Exhibits 1 through 6, as they are "matters of public record" properly subject to judicial notice. *See Khoja*, 899 F.3d at 999.

### A.    June 21, 2021 Form 424(b)(3)

Exhibit 1 is excerpts of the Preliminary Prospectus filed with the SEC on Form 424(b)(3) on June 21, 2021, and declared effective the same day. The contents of a publicly available SEC filing may be judicially noticed by the Court. *See In re Restoration*

*Robotics, Inc. Sec. Litig.*, 417 F. Supp. 3d 1242, 1253 (N.D. Cal. 2019) (taking judicial notice of a prospectus filed with the SEC). Additionally, Exhibit 1 may be incorporated by reference because the Complaint refers extensively to it and it forms the basis of Lead Plaintiff's claims. *See, e.g.*, Complaint, ¶¶ 178-82; *see also Khoja*, 899 F. 3d at 1002.

**B.    July 21, 2021 Form 8-K and July 21, 2021 Form 8-K/A**

Exhibit 3 is excerpts of Owlet's Form 8-K filed with the SEC on July 21, 2021, attaching the Business Combination Agreement between Sandbridge Acquisition Company and Owlet (the "Merger Agreement") as an exhibit to the Form 8-K and incorporating by reference statements set forth in the June 21, 2021 Form 424(b)(3). Exhibit 4 is excerpts of the amended Form 8-K filed with the SEC on the same day. Because Exhibits 3 and 4 are SEC filings, they are "matters of public record" for which the Court may judicially notice their contents. *See Khoja*, 899 F.3d at 999; *see also In re Apple Inc. Sec. Litig.*, 2020 WL 2857397, at *6 (N.D. Cal. June 2, 2020) (judicially noticing SEC filings even if not cited in the complaint).

**C.    August 5, 2021 Form S-1**

Exhibit 2 is excerpts of Owlet's Registration Statement filed on Form S-1 with the SEC on August 5, 2021. The contents of a publicly available SEC filing are appropriate for judicial notice. *See Dreiling*, 458 F.3d at 946 n.2. Additionally, Exhibit 2 may be incorporated by reference because the Complaint refers extensively to it and it forms the basis of Lead Plaintiff's claims. *See, e.g.*, Complaint, ¶¶ 139, 183; *see also Khoja*, 899 F. 3d at 1002.

**D.    August 19, 2021 Form S-1/A**

Exhibit 6 is excerpts of Owlet's Registration statement filed on its amended Form S-1/A with the SEC on August 19, 2021. Because Exhibit 6 is an SEC filing, the Court may judicially notice its contents. *Apple*, 2020 WL 2857397, at *6.

LEAD PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION FOR RECONSIDERATION

**E.    August 16, 2021 Form 10-Q**

Exhibit 5 is excerpts of Owlet's Form 10-Q filed with the SEC on August 16, 2021. Defendants attached the Merger Agreement as an exhibit to the Form 10-Q. As an SEC filing, Exhibit 5 may be judicially noticed by the Court. *New Century*, 588 F. Supp. 2d at 1219.

**III.    CONCLUSION**

For the foregoing reasons, Lead Plaintiff respectfully requests that the Court take judicial notice of, or incorporate by reference, Exhibits 1 through 6 under Rule 201 of the Federal Rules of Evidence.

Dated: August 30, 2024                    Respectfully submitted,

                                         **KESSLER TOPAZ
                                            MELTZER & CHECK, LLP**

                                         */s/ Jennifer L. Joost*
                                         JENNIFER L. JOOST (Bar No. 296164)
                                         jjoost@ktmc.com
                                         One Sansome Street, Suite 1850
                                         San Francisco, CA 94101
                                         Telephone: (415) 400-3000
                                         Facsimile: (415) 400-3001

                                         *Counsel for Lead Plaintiff Dr. Thomas E. Tweito Lead Counsel for the Section 10(b) Class*

                                         **ROBBINS GELLER RUDMAN
                                            & DOWD LLP**
                                         DEBRA J. WYMAN (Bar No. 190812)
                                         debraw@rgrdlaw.com
                                         ASHLEY M. PRICE (Bar No. 281797)
                                         aprice@rgrdlaw.com
                                         JUSTIN G. OETTING (Bar No. 350807)
                                         joetting@rgrdlaw.com
                                         655 West Broadway, Suite 1900
                                         San Diego, CA 92101
                                         Telephone: (619) 231-1058
                                         Facsimile: (619) 231-7423

LEAD PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION FOR RECONSIDERATION

*Additional Counsel for the*
*Section 10(b) Class*

**THE SCHALL LAW FIRM**
BRIAN J. SCHALL (Bar No. 290685)
brian@schallfirm.com
1880 Century Park E, Suite 404
Los Angeles, CA 90067-1604
Telephone: (310) 301-3335
Facsimile: (310) 388-0192

*Additional Counsel*

LEAD PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION FOR RECONSIDERATION