KESSLER TOPAZ MELTZER
  & CHECK, LLP
JENNIFER L. JOOST (296164)
One Sansome Street, Suite 1850
San Francisco, CA  94104
Telephone:  415/400-3000
415/400-3001 (fax)
jjoost@ktmc.com

Counsel for Lead Plaintiff Dr. Thomas E. Tweito and Lead Counsel for the Section 10(b) Class

ROBBINS GELLER RUDMAN
  & DOWD LLP
DEBRA J. WYMAN (190812)
ASHLEY M. PRICE (281797)
JUSTIN GARY OETTING (350807)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
debraw@rgrdlaw.com
aprice@rgrdlaw.com
joetting@rgrdlaw.com

Additional Counsel for Lead Plaintiff Dr. Thomas E. Tweito and for the Section 10(b) Class

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. BUTALA, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>  vs.<br><br>OWLET, INC., et al.,<br><br>  Defendants. | Case No. 2:21-cv-09016-FLA(SSCx)<br><br>Consolidated with Case No. 2:21-cv-09293-FLA (JEMx)<br><br><u>CLASS ACTION</u><br><br>NOTICE OF SETTLEMENT |

4912-8924-5186.v1

1   Lead Plaintiff Dr. Thomas E. Tweito and defendants Owlet, Inc. and Kurt Workman (collectively, the "Parties") hereby jointly provide through their undersigned counsel this Notice of Settlement.

The Parties have reached an agreement-in-principle that resolves all of the putative class's claims brought under §§10(b) and 20(a) of the Securities Exchange Act of 1934, as alleged in the Consolidated Complaint for Violations of the Federal Securities Laws (ECF 79). The Parties shall document the proposed settlement in a Stipulation of Settlement ("Stipulation") and ancillary documents, and Lead Plaintiff will thereafter file the Stipulation and an unopposed motion for preliminary approval of settlement. To allow the Parties time to negotiate the Stipulation's complex terms, Lead Plaintiff respectfully requests that the deadline to file his motion for preliminary approval be January 31, 2025.

In light of this development, the Parties respectfully request that the Court stay all case deadlines set forth in the Court's Scheduling and Trial Order (ECF 138). The Parties believe that a stay of the proceedings is in the interest of justice and will preserve party and judicial resources.

DATED: December 2, 2024                  Respectfully submitted,

KESSLER TOPAZ MELTZER
 & CHECK, LLP
JENNIFER L. JOOST (296164)


            s/ Jennifer L. Joost
          JENNIFER L. JOOST

One Sansome Street, Suite 1850
San Francisco, CA  94104
Telephone:  415/400-3000
415/400-3001 (fax)
jjoost@ktmc.com

Counsel for Lead Plaintiff Dr. Thomas E. Tweito and Lead Counsel for the Section 10(b) Class

- 1 -

4912-8924-5186.v1

| | | |
|---|---|---|
| 1 | DATED: December 2, 2024 | ROBBINS GELLER RUDMAN |
| 2 | |   & DOWD LLP |
| | | DEBRA J. WYMAN |
| 3 | | ASHLEY M. PRICE |
| 4 | | JUSTIN GARY OETTING |

                                                    s/ Ashley M. Price
                                                     ASHLEY M. PRICE

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
debraw@rgrdlaw.com
aprice@rgrdlaw.com
joetting@rgrdlaw.com

Additional Counsel for Lead Plaintiff Dr. Thomas E. Tweito and for the Section 10(b) Class

SCHALL LAW FIRM
BRIAN SCHALL (290685)
1880 Century Park East, Suite 404
Los Angeles, CA 90067
Telephone: 310/301-3335
310/338-0192 (fax)
brian@schallfirm.com

Additional Counsel

DATED: December 2, 2024

LATHAM & WATKINS LLP
MICHELE D. JOHNSON
COLLEEN C. SMITH
CHRISTOPHER S. TURNER


                                                  s/ Christopher S. Turner
                                                CHRISTOPHER S. TURNER

4912-8924-5186.v1

12670 High Bluff Drive
San Diego, CA 92130
Telephone: 858/523-5400
michele.johnson@lw.com
colleen.smith@lw.com
christopher.turner@lw.com

Attorneys for Defendants Owlet, Inc. and Kurt Workman

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4**

Pursuant to L.R. 5-4.3.4, I hereby attest that all signatories listed above have concurred in this filing.

                                                s/ Ashley M. Price
                                                ASHLEY M. PRICE

4912-8924-5186.v1