UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BUTALA, *et al.*,<br><br>               Plaintiffs,<br><br>    v.<br><br>OWLET, INC, *et al.*,<br><br>               Defendants. | Case No. 2:21-cv-09016-FLA (SSCx)<br><br>**ORDER VACATING CASE DEADLINES AND SETTING DEADLINE FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT [DKT. 140]** |

1

On December 2, 2024, Lead Plaintiff Thomas E. Tweito ("Plaintiff") and Defendants Owlet, Inc. and Kurt Workman filed a Notice of Settlement, stating the parties had agreed to settle the action and anticipate filing an unopposed motion for preliminary approval of settlement.  Dkt. 140.

Having considered the Notice of Settlement and finding good cause therefor, the court hereby ORDERS:

1.  All deadlines governing this action are VACATED.

2.  The deadline for Plaintiff to file a motion for preliminary approval of settlement shall be January 31, 2025.

IT IS SO ORDERED.

Dated: December 6, 2024

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge