UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MICHAEL BUTALA, *et al.*,

Plaintiffs,

v.

OWLET, INC, *et al.*,

Defendants.

Case No. 2:21-cv-09016-FLA (SSCx)

**ORDER VACATING CASE DEADLINES AND SETTING DEADLINE FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT [DKT. 142]**

1

On December 27, 2024, Lead Plaintiff Drew Conant and Plaintiff Eric Lee (collectively, "Section 14(a) Class Plaintiffs") and Defendants Owlet, Inc. and Kurt Workman filed a Notice of Settlement, stating the parties had agreed to settle the action and anticipate filing an unopposed motion for preliminary approval of settlement.  Dkt. 142.

Having considered the Notice of Settlement and finding good cause therefor, the court hereby ORDERS:

1. All dates and deadlines governing as to the Section 14(a) Class Plaintiffs' claims are VACATED.

2. The deadline for the Section 14(a) Class Plaintiffs to file a motion for preliminary approval of settlement shall be January 31, 2025.


IT IS SO ORDERED.


Dated: January 6, 2025

FERNANDO L. AENLLE-ROCHA
United States District Judge

2