KESSLER TOPAZ MELTZER
    & CHECK, LLP
JENNIFER L. JOOST (296164)
One Sansome Street, Suite 1850
San Francisco, CA  94104
Telephone:  415/400-3000
415/400-3001 (fax)
jjoost@ktmc.com

Counsel for Lead Plaintiff Dr. Thomas E. Tweito
and Lead Counsel for the Section 10(b) Class

ROBBINS GELLER RUDMAN
    & DOWD LLP
DEBRA J. WYMAN (190812)
ASHLEY M. PRICE (281797)
JUSTIN GARY OETTING (350807)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
debraw@rgrdlaw.com
aprice@rgrdlaw.com
joetting@rgrdlaw.com

Additional Counsel for Lead Plaintiff Dr. Thomas E. Tweito
and for the Section 10(b) Class

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MICHAEL J. BUTALA, Individually and on Behalf of All Others Similarly Situated,

                            Plaintiff,

    vs.

OWLET, INC., et al.,

                            Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:21-cv-09016-FLA(SSCx)

Consolidated with Case No. 2:21-cv-09293-FLA (JEMx)

CLASS ACTION

REPLY AND NOTICE OF NON-OPPOSITION TO LEAD PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF PROPOSED 10(b) CLASS SETTLEMENT

Date:       February 28, 2025
Time:       1:30 p.m.
Judge: Hon. Fernando L. Aenlle-Rocha
Courtroom:  6B

9103355.v1

On January 31, 2025, Lead Plaintiff Dr. Thomas E. Tweito, on behalf of himself and the Settlement Class, filed a motion for preliminary approval of the proposed Settlement of the claims asserted under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 in the above-captioned Action (ECF Nos. 145-46) (the "Motion").[1] Any opposition to the Motion was due by February 7, 2025. *See* C.D. Cal. Local Rules 7-9, 7-10. No opposition was filed, Defendants do not oppose the Motion, and the Motion is fully briefed and ready for disposition.

For the reasons set forth in the Motion, Lead Plaintiff respectfully requests that the Court preliminarily approve the proposed Settlement of this Action; approve the form and manner of giving notice of the proposed Settlement to the Settlement Class; and schedule a final settlement hearing before the Court for 100 days after entry of the Preliminary Approval Order, or as soon thereafter as the Court's schedule permits.

DATED: February 14, 2025

Respectfully submitted,

KESSLER TOPAZ MELTZER
  & CHECK. LLP

s/ Jennifer L. Joost
JENNIFER L. JOOST

JENNIFER L. JOOST (296164)
One Sansome Street, Suite 1850
San Francisco, CA  94104
Telephone:  415/400-3000
415/400-3001 (fax)
jjoost@ktmc.com

Counsel for Lead Plaintiff Dr. Thomas E. Tweito and Lead Counsel for the Section 10(b) Class

---

[1] Unless otherwise indicated, capitalized terms have the definitions given to them in the Stipulation and Agreement of Settlement for the Section 10(b) Class, dated January 31, 2025 (ECF No. 147).

- 1 -

9103355.v1

ROBBINS GELLER RUDMAN
  & DOWD LLP
DEBRA J. WYMAN
ASHLEY M. PRICE
JUSTIN GARY OETTING
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
debraw@rgrdlaw.com
aprice@rgrdlaw.com
joetting@rgrdlaw.com

Additional Counsel for Lead Plaintiff
Dr. Thomas E. Tweito and for the
Section 10(b) Class

SCHALL LAW FIRM
BRIAN SCHALL (290685)
1880 Century Park East, Suite 404
Los Angeles, CA  90067
Telephone:  310/301-3335
310/338-0192 (fax)
brian@schallfirm.com

Additional Counsel

- 2 -

9103355.v1