KESSLER TOPAZ MELTZER
  & CHECK, LLP
JENNIFER L. JOOST (296164)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: 415/400-3000
415/400-3001 (fax)
jjoost@ktmc.com

Counsel for Lead Plaintiff Dr. Thomas E. Tweito
and Lead Counsel for the Section 10(b) Class

ROBBINS GELLER RUDMAN
  & DOWD LLP
ELLEN GUSIKOFF STEWART (144892)
DEBRA J. WYMAN (190812)
ASHLEY M. PRICE (281797)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
elleng@rgrdlaw.com
debraw@rgrdlaw.com
aprice@rgrdlaw.com

Additional Counsel for Lead Plaintiff Dr. Thomas E. Tweito
and for the Section 10(b) Class

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. BUTALA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>OWLET, INC., et al.,<br><br>Defendants. | Case No. 2:21-cv-09016-FLA(SSCx)<br><br>Consolidated with Case No. 2:21-cv-09293-FLA (JEMx)<br><br><u>CLASS ACTION</u><br><br>NOTICE OF MOTION AND LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF PROPOSED 10(b) CLASS SETTLEMENT AND PLAN OF ALLOCATION<br><br>Date: February 6, 2026<br>Time: 1:30 p.m.<br>Judge: Hon. Fernando L. Aenlle-Rocha<br>Courtroom: 6B |

9407553.v3

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on February 6, 2026, at 1:30 p.m., or as soon thereafter as the matter may be heard before the Honorable Fernando L. Aenlle-Rocha in the United States District Court for the Central District of California, in the First Street Courthouse, Courtroom 6B, located at 350 W. 1st Street, Los Angeles, CA 90012, Lead Plaintiff Dr. Thomas E. Tweito, by and through his undersigned attorneys, and on behalf of the Section 10(b) Settlement Class, will and hereby does move the Court pursuant to Rule 23 of the Federal Rules of Civil Procedure for orders: (i) granting final approval of the proposed settlement on the terms set forth in the Stipulation and Agreement of Settlement for the Section 10(b) Class dated as of January 31, 2025 (ECF 147) ("Stipulation" or "Settlement"); (ii) granting certification of the Section 10(b) Settlement Class for purposes of effectuating the Settlement; and (iii) approving the proposed plan for allocating the net proceeds of the Settlement to the Section 10(b) Settlement Class ("Plan of Allocation").

This motion is based on this Notice of Motion and Motion, the concurrently filed Memorandum of Points and Authorities, the accompanying Declaration of Jennifer L. Joost and exhibits attached thereto, the Stipulation, and the papers and pleadings filed in the above-captioned action, the arguments of counsel, and any other matters properly before the Court.

Lead Counsel is not aware of any opposition to the motion. Pursuant to the Court's Order Granting Motion for Preliminary Approval of Class Action Settlement and Preliminarily Approving Class Action Settlement for Section 10(b) Claims, dated September 26, 2025 (ECF 155) ("Preliminary Approval Order"), any objections to the Settlement and/or Plan of Allocation must be received by January 16, 2026. Proposed orders granting the relief requested herein will be submitted with Lead Plaintiff's reply submission on January 23, 2026, after the deadline for objections has passed.

9407553.v3

Pursuant to Local Rule 7-3, Lead Counsel has conferred with counsel for Defendants. Defendants do not oppose this motion.

DATED: January 2, 2026

Respectfully submitted,

KESSLER TOPAZ MELTZER
  & CHECK. LLP

      /s/ Jennifer L. Joost
JENNIFER L. JOOST

JENNIFER L. JOOST (296164)
One Sansome Street, Suite 1850
San Francisco, CA  94104
Telephone:  415/400-3000
415/400-3001 (fax)
jjoost@ktmc.com

Counsel for Lead Plaintiff Dr. Thomas E. Tweito and Lead Counsel for the Section 10(b) Class

ROBBINS GELLER RUDMAN
  & DOWD LLP
ELLEN GUSIKOFF STEWART
DEBRA J. WYMAN
ASHLEY M. PRICE
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
elleng2rgrdlaw.com
debraw@rgrdlaw.com
aprice@rgrdlaw.com

Additional Counsel for Lead Plaintiff Dr. Thomas E. Tweito and for the Section 10(b) Class

SCHALL LAW FIRM
BRIAN SCHALL (290685)
1880 Century Park East, Suite 404
Los Angeles, CA  90067
Telephone:  310/301-3335
310/338-0192 (fax)
brian@schallfirm.com

Additional Counsel

2

9407553.v3