KESSLER TOPAZ MELTZER
  & CHECK, LLP
JENNIFER L. JOOST (296164)
One Sansome Street, Suite 1850
San Francisco, CA  94104
Telephone:  415/400-3000
415/400-3001 (fax)
jjoost@ktmc.com

Counsel for Lead Plaintiff Dr. Thomas E. Tweito
and Lead Counsel for the Section 10(b) Class

[Additional counsel appear on signature page.]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. BUTALA, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br> vs.<br><br>OWLET, INC., et al.,<br><br>     Defendants.<br>------------------------------------------------<br>IN RE OWLET, INC. SHAREHOLDER DERIVATIVE LITIGATION<br>------------------------------------------------<br>This Document Relates to:<br><br>   ALL ACTIONS. | Case No. 2:21-cv-09016-FLA(SSCx)<br><br>Consolidated with Case No. 2:21-cv-09293-FLA (JEMx)<br><br><u>CLASS ACTION</u><br><br><br><br><br><br><br><br>Lead Case No. 2:24-cv-07258-FLA-PVC<br><br>**UNOPPOSED REQUEST TO APPEAR BY VIDEOCONFERENCE FOR FEBRUARY 6, 2026 SETTLEMENT HEARING**<br><br>Date:  February 6, 2026<br>Time:  1:30 p.m.<br>Judge: Hon. Fernando L. Aenlle-Rocha<br>Courtroom:  6B |

Error! Unknown document property name.

WHEREAS, a hearing to consider final approval of the proposed settlements reached in the above-captioned actions ("Settlements") is scheduled to be held before this Court on February 6, 2026 at 1:30 p.m. ("Settlement Hearing");

WHEREAS, notice of the Settlements informed settlement class members and other interested parties that the Settlement Hearing may be held in person, or by telephone or video conference (at the discretion of the Court);

WHEREAS, good cause exists for holding the Settlement Hearing via videoconference for the following reasons:

1. The are no objections to any aspect of the Settlements and no notices of intention to appear at the Settlement Hearing have been received. Additionally, there have been no requests for exclusion from settlement class members.

2. There will be attorneys traveling from multiple jurisdictions and there is a high likelihood for winter weather and flight delays/cancelations.

3. All parties seek to save costs associated with in-person appearances.

WHEREAS, counsel for the parties have conferred pursuant to Local Rule 7-3 regarding the request to hold the February 6, 2026 Settlement Hearing via videoconference;

WHEREAS, Defendants consent to this request; and

WHEREAS, if the request is approved, the webpage for the securities class action Settlements, www.strategicclaims.net/owlet, and Owlet's Investor Relations webpage, https://investors.owletcare.com/, will be updated to reflect the change to the Settlement Hearing as well as provide the information for accessing the videoconference.

A Proposed Order is being submitted herewith.

1

DATED:  January 29, 2026

Respectfully submitted,

**KESSLER TOPAZ MELTZER & CHECK. LLP**


*/s/ Jennifer L. Joost*
JENNIFER L. JOOST

JENNIFER L. JOOST (296164)
One Sansome Street, Suite 1850
San Francisco, CA  94104
Telephone:  415/400-3000
415/400-3001 (fax)
jjoost@ktmc.com

Counsel for Lead Plaintiff Dr. Thomas E. Tweito and Lead Counsel for the Section 10(b) Class

**ROBBINS GELLER RUDMAN & DOWD LLP**
ELLEN GUSIKOFF STEWART
DEBRA J. WYMAN
ASHLEY M. PRICE
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
elleng2rgrdlaw.com
debraw@rgrdlaw.com
aprice@rgrdlaw.com

Additional Counsel for Lead Plaintiff Dr. Thomas E. Tweito and for the Section 10(b) Class

**SCHALL LAW FIRM**
BRIAN SCHALL (290685)
1880 Century Park East, Suite 404
Los Angeles, CA  90067
Telephone:  310/301-3335
310/338-0192 (fax)
brian@schallfirm.com

Additional Counsel

2

**POMERANTZ LLP**


_____/s/ Tamar A. Weinrib_____
TAMAR A. WEINRIB

TAMAR A. WEINRIB (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
taweinrib@Pomlaw.Com

*Counsel for Lead Plaintiff Drew Conant, Plaintiff Eric Lee, and Lead Counsel for the Section 14(a) Class*


**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**


_____/s/ Alex J. Tramontano_____
ALEX J. TRAMONTANO

BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
ALEX J. TRAMONTANO (276666)
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
tramontano@whafh.com

*Liaison Counsel for Plaintiffs Janet Vargas and Nathan Capleton*

**RIGRODSKY LAW, P.A.**
SETH D. RIGRODSKY
VINCENT A. LICATA
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
(516) 683-3516
sdr@rl-legal.com
vl@rl-legal.com

*Plaintiffs' Co-Lead Counsel*

3

**KUEHN LAW, PLLC**
JUSTIN A. KUEHN
53 Hill Street, Suite 605
Southampton, NY 11968
(833) 672-0814
justin@kuehn.law

*Plaintiffs' Co-Lead Counsel*


\*    \*    \*


## SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing. Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that the other signatories have concurred in this filing's content and have authorized the filing.

Dated: January 29, 2026                    */s/ Jennifer L. Joost*

                                           JENNIFER L. JOOST

4