POMERANTZ LLP
Tamar A. Weinrib
600 Third Avenue, 20th floor
New York, New York 10016
Telephone: (646) 581-9973
taweinrib@pomlaw.com

*Lead Counsel for Plaintiffs*

**Additional Counsel on Signature Page**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

|  |  |
|---|---|
| MICHAEL J. BUTALA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>OWLET, INC. f/k/a SANDBRIDGE ACQUISITION CORPORATION, KURT WORKMAN, KATE SCOLNICK, KEN SUSLOW, RICHARD HENRY, DOMENICO DE SOLE, RAMEZ TOUBASSY, JAMIE WEINSTEIN, KRYSTAL KAHLER, and MICHAEL F. GOSS,<br><br>Defendants. | Case No.: 2:21-cv-09016-FLA-JEM<br><br>Honorable Fernando L. Aenlle-Rocha<br><br>**SUPPLEMENTAL DECLARATION OF TAMAR A. WEINRIB IN FURTHER SUPPORT OF PLAINTIFFS' MOTIONS FOR: (1) FINAL APPROVAL OF CLASS ACTION SETTLEMENT; AND (2) ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND COMPENSATORY AWARDS TO PLAINTIFFS**<br><br>Hearing Date: February 6, 2026<br>Hearing Time: 1:30 p.m.<br>Location: Courtroom 6B |

I, Tamar A. Weinrib, hereby declare as follows:

1.      I am a member of the New York Bar admitted to practice *pro hac vice* before this Court and am a partner with the law firm of Pomerantz LLP ("Pomerantz" or the "Firm"). I am fully familiar with the matters below and make this supplemental declaration in further support of Plaintiff's Unopposed Motions for: a) Final Approval of Class Action Settlement and Plan of Allocation, and b) Attorneys' Fees, Expense Reimbursement, and Compensatory Awards to Plaintiffs, filed concurrently herewith. I have personal knowledge of the matters set forth herein and, if called upon, I could and would testify thereto.

2.      Attached hereto as Exhibit 1 is the Updated Supplemental Declaration of Margery Craig Concerning: (A) Mailing/Emailing of the Postcard Notice; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections.

3.      Attached hereto as Exhibit 2 is the [Proposed] Order and Final Judgment.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of January 2026, at New York, New York.

By:      */s/ Tamar A. Weinrib*
                Tamar A. Weinrib

2