UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MICHAEL J. BUTALA, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

vs.

OWLET, INC., et al.,

Defendants.

Case No. 2:21-cv-09016-FLA(SSCx)

Consolidated with Case No. 2:21-cv-09293-FLA (JEMx)

CLASS ACTION

SECOND UPDATED SUPPLEMENTAL DECLARATION OF MARGERY CRAIG CONCERNING: (A) MAILING/ EMAILING OF THE POSTCARD NOTICE; (B) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS; AND (C) UPDATE ON CLAIMS RECEIVED TO DATE

Date:      February 25, 2026
Time:      10:00 a.m.
Judge: Hon. Fernando L. Aenlle-Rocha
Courtroom:  6B

I, Margery Craig, declare as follows:

1.      I am a Project Manager at Strategic Claims Services ("SCS"). Pursuant to the Court's Order Granting Motion for Preliminary Approval of Class Action Settlement and Preliminarily Approving Settlement Stipulation for Section 14(A) Claims [Dkt. 144], dated September 15, 2025, and the Court's Order Granting Motion for Preliminary Approval of Class Action Settlement and Preliminarily Approving Class Action Settlement for Section 10(B) Claims [Dkt. No. 145], dated September 26, 2025 (ECF Nos. 153 and 155, together, the "Preliminary Approval Orders"), SCS was retained and appointed as the Claims Administrator to supervise and administer the notice procedure and claims processing for both the Section 14(a) and Section 10(b) Class Settlements (together, the "Settlements").[1] I have over nineteen years of experience specializing in the administration of class action cases. I have personal knowledge of the facts set forth herein, and if called on to do so, I could and would testify competently thereto.

2.      I submit this second updated supplemental declaration in order to provide the Court and the Parties to the above-captioned action ("Action") with updated information regarding notice of the Settlements to potential Settlement Class Members, as well as the settlement administration process. This declaration also reports on SCS's efforts to inform the Settlement Class of the updated date and time for the Settlement Hearing in accordance with the Court's February 4, 2026 Order Continuing Hearing on Final Approval(s) of Class Action Settlement  and the

---

[1]      All capitalized terms not otherwise defined herein have the meanings set forth in the Stipulation of Settlement for the Section 14(a) Class, dated January 31, 2025 and the Stipulation and Agreement of Settlement for the Section 10(b) Class, dated January 31, 2025 (ECF Nos. 144-2 and 147, together, the "Stipulations") and the Initial Mailing Declaration (ECF No. 164-2) defined below.

SECOND UPDATED SUPPLEMENTAL DECLARATION OF MARGERY CRAIG

Court's February 5, 2026 Amended Order Continuing Hearing on Final Approval(s) of Class Action Settlement (ECF Nos. 172 and 173, the "February 2026 Orders").

### UPDATE ON MAILING/EMAILING OF THE POSTCARD NOTICE

3. As set forth in the Declaration of Margery Craig Concerning: (A) Mailing/Emailing of the Postcard Notice; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections Received to Date, dated December 31, 2025 (ECF No. 164-2, the "Initial Mailing Declaration") and the Supplemental Declaration of Margery Craig Concerning: (A) Mailing/Emailing of the Postcard Notice; (B) Report on Requests for Exclusion and Objections; and (C) Claims Received to Date, dated January 23, 2026 (ECF No. 165-1, the "Supplemental Mailing Declaration"), a total of 47,605 notices have been disseminated (via mail and/or email) to potential Settlement Class Members or nominees. *See* Initial Mailing Decl., ¶ 9; Supplemental Mailing Decl., ¶ 3.

4. Specifically, SCS mailed or emailed 2,464 letters to the Nominee Account Holders and Institutional Groups contained on SCS's master mailing list. *See* Initial Mailing Decl. ¶ 4.

5. In addition, a total of 24,633[2] Postcard Notices were mailed to potential Settlement Class Members[3] either by SCS or nominees. *Id.* ¶ 6. For 14,840 potential

---

[2]    SCS was notified by one nominee that they erroneously submitted contact data for 15,203 of their clients who were not potential Settlement Class Members. SCS is working on collecting reimbursement from this nominee for the costs incurred in sending notice to these 15,203 individuals. *See* Initial Mailing Decl., ¶ 6, n.2.

[3]    SCS received three requests from potential Settlement Class Members for copies of the Notice of (I) Pendency of Class Action and Proposed Section 14(A) Class Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses ("14(a) Notice"), the Notice of (I) Pendency of Class Action and Proposed 10(B) Class Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses ("10(b) Notice"), and (iii) the joint Claim Form for the Settlements to be mailed to them. In response, SCS immediately mailed the Notices and Claim Form to the three potential Settlement Class Members.

SECOND UPDATED SUPPLEMENTAL DECLARATION OF MARGERY CRAIG

Settlement Class Members, SCS received both a physical mailing address and an e-mail address. *Id.* ¶ 7. For these potential Settlement Class Members, SCS both mailed a Postcard Notice and emailed an electronic link to the Notices and Claim Form. *Id.* These 14,840 potential Settlement Class Members are reflected in the 24,633 mailed Postcard Notices reported above. In addition, SCS received five (5) e-mail addresses (without a physical mailing address) for potential Settlement Class Members from individuals or nominees requesting that SCS email the Postcard Notice. *Id.* ¶ 8. Additionally, as noted in the Initial Mailing Declaration and the Supplemental Declaration, SCS was notified by a nominee that they sent emails to 8,127 of their clients who are potential Settlement Class Members to notify them of the Settlements and provided the electronic link to the Notices and Claim Form. *Id.* Since the filing of the Supplemental Mailing Declaration, no additional Postcard Notices have been mailed or emailed and no additional emails with the electronic link to the Notices and Claim Form have been sent.

## UPDATE ON TOLL-FREE TELEPHONE LINE

6.    The Initial Mailing Declaration and the Supplemental Mailing Declaration advised that SCS maintains a toll-free telephone number (1-866-274-4004) for potential Settlement Class Members to call and obtain information about the Settlements and also to request that copies of the Notices and Claim Form be mailed to them. *See* Initial Mailing Decl., ¶ 12; Supplemental Mailing Decl., ¶ 6. SCS continues to promptly respond to each telephone inquiry and will continue to respond to inquiries through the toll-free telephone number through the claims process and completion of the administration. Pursuant to the Court's February 2026 Orders, on February 5, 2026, SCS notified its staff of the change in date and time for the Settlement Hearing. SCS staff is prepared to notify anyone who calls the toll-

SECOND UPDATED SUPPLEMENTAL DECLARATION OF MARGERY CRAIG

free telephone number inquiring about the hearing that the Settlement Hearing has been continued to February 25, 2026 at 10:00 a.m. PT.

### UPDATE ON SETTLEMENT WEBPAGE

7.     As noted in the Initial Mailing Declaration, on October 8, 2025, SCS established a dedicated webpage for the Settlements on its website at www.strategicclaims.net/owlet. *See* Initial Mailing Decl., ¶ 13; Supplemental Mailing Decl., ¶ 7. The webpage is accessible 24 hours a day, 7 days a week. The webpage contains information related to the current status of the case and the Settlements, including important dates and deadlines such as the date of the Settlement Hearing and the deadlines for requesting exclusion, filing objections, and submitting claims. The webpage also contains the online claim filing link (through which a potential Settlement Class Member can submit a claim) and important case documents such as downloadable versions of the long-form Notices, the joint Claim Form, the joint Postcard Notice, the Preliminary Approval Orders, the Stipulations, and the opening papers in support of the motions for final approval of the Settlements and the motions for attorneys' fees, expenses, and compensatory awards to Plaintiffs. In addition, in accordance with the Court's February 2026 Orders, SCS updated the Settlement Website to reflect the new Settlement Hearing date and time. SCS will continue to maintain and update the webpage throughout the administration process. To date, the webpage has received 5,241 pageviews from 2,434 unique users.

### UPDATE ON REPORT ON EXCLUSIONS AND OBJECTIONS

8.     The notices and settlement webpage informed potential Settlement Class Members that written requests for exclusion were to be mailed to SCS and received no later than January 16, 2026. SCS monitors all mail for this case. As of the date of this declaration, SCS has received no requests for exclusion.

SECOND UPDATED SUPPLEMENTAL DECLARATION OF MARGERY CRAIG

9. The notices and settlement webpage also informed potential Settlement Class Members seeking to object to the proposed Settlements, the proposed Plans of Allocation, the motions for attorneys' fees and expenses, and/or the applications for awards to Plaintiffs, that they were required to submit their objection(s) in writing such that the objection(s) were received by the Clerk of the Court, as well as counsel (as directed in the Notices), by no later than January 16, 2026. Although objections are not to be submitted to SCS, SCS has monitored the mail for this case for any misdirected objections. As of the date of this declaration, SCS has neither received any objections nor been notified that any objections have been received.

## **UPDATE ON CLAIMS RECEIVED TO DATE**

10. The deadline to submit claims was December 12, 2025 for the 14(a) Class Settlement and January 17, 2026 for the 10(b) Class Settlement.[4] Claims were either to be submitted online at www.strategicclaims.net/owlet or by mail to the P.O. Box set forth in the Claim Form. As of the date of this declaration, SCS has received 4,982 Claims. Pursuant to the Court's February 2026 Orders, on February 5, 2026, SCS emailed 258 individuals and entities who filed a Claim Form (and who provided an email address) to notify them of the change in the date and time of the Settlement Hearing. Additionally, on February 6, 2026, SCS emailed 14,565 potential Settlement Class Members for whom a valid email address was previously provided during the notification process to notify them of the change in the date and time of the Settlement Hearing. In total, SCS sent 14,823 emails notifying potential Settlement Class Members of the updated date and time for the Settlement Hearing in accordance with the Court's February 2026 Orders.

---

[4] All claims received are being processed for both Settlements.

SECOND UPDATED SUPPLEMENTAL DECLARATION OF MARGERY CRAIG

11.     Below are preliminary estimates of the total recognized losses for the Claims received to date, calculated pursuant to the Plans of Allocation, as well as the estimated damaged shares/warrants claimed. Please note that the below amounts are preliminary and have not been subjected to a full deficiency or quality assurance review. The numbers below are not final and will be adjusted following SCS's efforts to notify claimants about deficiencies and conditions of ineligibility and SCS's quality assurance procedure, which are currently in process.

| Section 10(b) | Number of Claims | Common Stock Recognized Losses | Common Stock Shares | Warrant Recognized Losses | Warrants |
|---|---|---|---|---|---|
| Preliminarily Valid Claims | 1,783 | $ 9,540,156.56 | 10,278,226 | $ 210,841.88 | 3,479,504 |
| Deficient Claims (value estimated) | 157 | $ 154,908.00 | 166,892 | $ 5,445.41 | 89,865 |
| Rejected Claims (no loss/short etc.) | 3,042 | n/a | n/a | n/a | n/a |
| **Totals** | **4,982** | **$ 9,695,064.56** | **10,445,118** | **$ 216,287.29** | **3,569,369** |

| Section 14(a) | Number of Claims | Common Stock Recognized Losses | Common Stock Shares |
|---|---|---|---|
| Preliminarily Valid Claims[5] | 305 | $ 7,617,054.50 | 2,543,751 |
| Deficient Claims (value estimated) | 157 | $ 620,962.72 | 166,892 |
| Rejected Claims (no loss/short etc.) | 4,520 | n/a | n/a |
| **Totals** | **4,982** | **$ 8,238,017.23** | **2,710,643** |

12.     As noted above, the Claims received to date are subject to further review, analysis, and quality control measures. Many of the Claims received to date

---

[5]     The recognized losses for Section 14(a) valid claims reflected in the prior version of this declaration (ECF No. 168-1) inadvertently included $14,850,122.13 in losses connected to claims for which SCS has requested further clarification and claims filed by possible excluded parties, including $13,379,855.15 from claims filed by parties that may not have been eligible to vote at the Sandbridge special meeting held on July 14, 2021 and thus may not be members of the Settlement Class.

SECOND UPDATED SUPPLEMENTAL DECLARATION OF MARGERY CRAIG

contain deficiencies (such as inadequate or no supporting documentation), which will be addressed during the normal course of the administration. Potential Settlement Class Members that have submitted deficient claims will be given an opportunity to cure the deficiencies in their Claims. Claims that do not meet the submission requirements after being given the opportunity to cure existing deficiencies may ultimately be rejected.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 11th day of February 2026, in Media, Pennsylvania.


Margery Craig
Margery Craig

SECOND UPDATED SUPPLEMENTAL DECLARATION OF MARGERY CRAIG